**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

THOMAS DOBOSZ,

                   Plaintiff,

      v.

QUAKER CHEMICAL CORPORATION,

                 Defendant.

CASE NO.:  2-15-CV-203

## INDEX OF EXHIBITS TO DEFENDANT QUAKER CHEMICAL CORPORATION'S STATEMENT OF MATERIAL FACTS

      Pursuant to Rule 5-4(a) of the Local Rules of the Northern District of Indiana, Defendant

Quaker Chemical Corporation ("Quaker") hereby submits this Index of Exhibits to Quaker's

Statement of Material Facts as follows:

| **Exhibit** | **Description** |
|---|---|
| 1. | Excerpts of the Deposition of Thomas Dobosz ("Dobosz Dep.") |
| 2. | Excerpts of the Deposition of Michelle Carter ("Carter Dep.") |
| 3. | January 27, 2009 letter from Health Resources regarding Plaintiff's health and job function, *Exhibit 2 to Carter Dep.* |
| *4.* | Copy of Settlement Agreement from Plaintiff's 2005 Workers' Compensation Case, *DEFS000016-18* |
| 5. | Letter from APAC Groupe Centers for Pain Management regarding Plaintiff's September 25, 2006 visit, *DEFS000024-25* |
| 6. | Accident/Near Miss Investigation Report dated September 27, 2005, *DEFS000176-180* |

7.      Workers' Compensation Settlement Agreement between Plaintiff and Quaker dated September 9, 2013, *DEFS000193-198*

8.      August 7, 2013 letter from Quaker to Plaintiff, *DEFS000226-227*

9.      June 24, 2013 Report from Lakeshore Bone and Joint Institute releasing Plaintiff from treatment, *DEFS000237-245*

10.     Physical Demands Analysis Accompanied by Job Description, signed and dated by Plaintiff and dated September 7, 2012, *DEFS000252-257*

11.     Email from Florence Larcamp of Quaker to Joleen Zychowichz dated April 25, 2013 regarding Plaintiff physical therapy, *DEFS000280*

12.     Functional Progress Note from Accelerated Rehabilitation Centers dated August 30, 2012, *DEFS000377-381*

13.     Email from Craig Hladik to Plaintiff, copying Florence Larcamp and Michelle Carter and dated August 28, 2012, *DEFS000385*

14.     October 15, 2003 employment offer letter signed by Plaintiff, *DEFS000572-574*

15.     March 3, 2008 employment offer letter signed by Plaintiff, *DEFS000576*

16.     Job Description for Site I Engineer at Quaker, *DEFS0000585-588*

17.     Accident/Near Miss Investigation Report dated April 30, 2012, *DEFS000666-668*

18.     ArcelorMittal Supplier Service Level Agreement with Quaker, *DEFS000800-802*

19.     Letter for Accelerated Rehabilitation Centers dated August 31, 2012 listing dates and times Plaintiff attended physical therapy, *DEFS000974*

20.     Email from Plaintiff to Quaker's Craig Hladik dated April 25, 2012, *DEFS001137*

21.     Email from Quaker's Alyce Saba to Michelle Carter and Timothy Haines regarding call from Plaintiff on August 16, 2013, *DEFS001144.*

2

22.     Settlement Statement (HUD-1) for Plaintiff's home in Tampa, Florida dated July

13, 2012, *P000042-46*

23.     Records of Owners.com regarding Plaintiff's sale of his home in Dyer, Indiana,

*OWNERS-000008-11*

Dated:  April 22, 2016                          **BURKE COSTANZA & CARBERRY LLP**

/s/ Terence M. Austgen
Terence M. Austgen (#2484-49)
Elizabeth M. Bezak (#16648-64)
9191 Broadway
Merrillville, IN 46410
(219) 769-1313


**FOX ROTHSCHILD LLP**

/s/ David J. Garraux
David J. Garraux (PA #204350)
BNY Mellon Center
500 Grant Street
Pittsburgh, PA 15219
(412) 394-6585

*Counsel for Defendant Quaker Chemical Corporation*

3

## **CERTIFICATE OF SERVICE**

I certify that on April 22, 2016, service of a true and complete copy of the foregoing *Index of Exhibits to Defendant Quaker Chemical Corporation's Statement of Material Facts* was made upon the following counsel of record through the Court's electronic filing system and by depositing same in the United States Mail in an envelope properly addressed to him and with sufficient first-class postage affixed:

Ronald F. Layer, Esquire
Law Office of Ronald F. Layer, P.C.
3235 45th Street, Suite 304
Highland, IN  46322
rfl@layerlaw.com

*Counsel for Plaintiff Thomas Dobosz*

/s/ David J Garraux
David J. Garraux

Dated:  April 22, 2016

4