# EXHIBIT 3



RESOURCES℠

An AllOne Company

January 27, 2009

Mr. Thomas Dobosz



Dear Mr. Dobosz:

You were examined on 12/8/2008 for Quaker Chemical to determine your general state of health and suitability to perform your job function.

This was done in accordance with current OSHA regulations. You have also been evaluated with respect to wearing respiratory protection.

Your results are listed below:

- Your physical exam was normal except for symptoms related to a neck injury in 2005.

- Lung function test results were outside of expected values. Testing indicates a borderline obstruction.

- Your hearing test was within normal limits. You should always utilize hearing protection when exposed to loud environments.

- A Chest x-ray was not performed.

- You are cleared to wear a respirator. However, discontinue respirator use if you are experiencing wheezing or shortness of breath.

- You are medically cleared with the following restrictions: No lifting over 35 lbs.; no climbing ladders.

I wish you continued good health. Feel free to call me with any questions you may have.

Sincerely,

Reviewing Physician

111571

EXHIBIT
Carter
2
2 13 11U
PENGAD 800-631-6989

) West Cummings Park, Suite 3400, Woburn, MA 01801-6558 · TEL 781-935-8581 · TOLL-FREE 800-350-4511 · FAX 781-938-4678 · www.healthresourcescorp.com