# EXHIBIT 4

**Employers Insurance Company of Wausau**



P.O. Box 1187
Indianapolis IN 46206-1187

Telephone: (800) 782-2794
Fax: (603) 334-8151

December 13, 2006

FLORENCE J LARCAMP
QUAKER CHEMICAL CORPORATION
ELM & LEE ST
CONSHOHOCKEN PA 19428-0809

RE:     Employee:        THOMAS   DOBOSZ
        Employer:        QUAKER CHEMICAL CORPORATION
        Contract #:      WCC-Z91-539187-045-92
        Claim #:         WC161-594246
        Injury:          Neck - Strain
        Date of Injury:  09/23/2005
        Date of Report:  09/23/2005

Dear FLORENCE J LARCAMP:

Herewith is a copy of the approved settlement agreement dated by the Board 12/11/06.  I will be closing this
file by the end of this week.

Sincerely,

*Beverly a. Ward*

BEVERLY A WARD
CLAIMS CASE MANAGER III

ENCLOSURE

RECEIVED
DEC 1 8 2006
LEGAL DEPT.

Correspondence Copy #:  028375970

EX016601



Dobosz
**EXHIBIT**
5
2/2/16

DEFS000016

755933

AGREEMENT TO COMPENSATION OF
EMPLOYEE AND EMPLOYER
State Form 1043 (R/5-88)

| INDIANA WORKER'S COMPENSATION BOARD | File Number |
|---|---|
| Room 601 State Office Building<br>100 North Senate Avenue<br>Indianapolis IN 46204 | WC161-594246 |



PRIVACY NOTICE: This agency is requesting disclosure of employee's social security number in accordance with IC 22-3-4-13

| (Please check appropriate box) | ☐ Temporary Total Disability (TTD) | ☒ Permanent Partial Impairment (PPI) |
|---|---|---|
| | ☐ Temporary Partial Disability (PTD) | ☐ Permanent Total Disability (PTD) |

| Employer's Federal I.D Number | Name of Employer | Telephone Number |
|---|---|---|
| **REDACTED** | Quaker Chemical Corporation | (610) 832-4154 |

Address (Street, number, city, state and ZIP code
One Quaker Park, 901 Hector Street, Conshohocken, PA 19428

| Employee's Social Security Number | Name of Employee | Telephone Number |
|---|---|---|
| ▇▇▇▇▇▇ | Thomas E. Dobosz | ▇▇▇▇▇▇ |

Address (Street, number, city, state and ZIP code
▇▇▇▇▇▇▇▇▇▇

We (employee and employer) have reached an agreement in regards to compensation for the injury sustained by said employee and submit the following statement of facts relative thereto.

| Date of Injury / Illness / Exposure: | Nature of Injury / Illness / Exposure |
|---|---|
| 9/23/2005 | Neck pain - non-surgical. |
| Date Disability began. | |

Place of Injury / Illness / Exposure:
East Chicago, IN

Cause of Injury / Illness / Exposure:
Stepping through a lowered doorway and struck head (helmet) on the crossbar causing neck and shoulder pain.

Probable Length of Disability

The terms of this agreement under the above facts are as follows:

That _____ Shall receive compensation at the rate of $ _____

per week based upon an average weekly wage of $ _____ and that said compensation shall be

payable (i.e. weekly or biweekly) _____ until terminated in accordance with the provisions of the Indiana

Worker's Compensation / Occupational Diseases Acts.

"A person who knowingly and with intent to defraud an insurer files a statement of claim containing false, incomplete, or misleading information commits a felony"

If PPI settlement, please provide impairment rating, number of weeks and amount to be paid
AWW $815.49   TTD $543.66

4% x 100 degrees = 4 degrees x $1300 per degree = $5200.00

# of weeks = 9.565 = from 09/23/05 through 11/29/05.

**SIGNATURES**

Signature of Employee
_(signature)_

Signature of Employer

| Name of Insurance Carrier | Telephone Number | |
|---|---|---|
| Wausau Insurance Company | (317) 469-1442 | APPROVED<br>WORKER'S COMPENSATION<br>BOARD OF INDIANA |
| Address (Street and number)<br>P O Box 1187 | | |
| City, state and ZIP code<br>Indianapolis IN   46206 | | DEC 1 1 2006 |
| Authorized Signature and Title<br>_(signature)_ Beverly A. Wood ~~Senior Case Manager~~ / CCM III | | _(signature)_ |
| Date of Agreement<br>12/6/06 | | MEMBER |

13-CSF-5 P1

DEFS000017

I. the undersigned. who was injured on _____September 23, 2005_____, while in
                                                      (Date)                                          the
employ of ____Quaker Chemical Corporation_____,

understand the provisions of rule No. 30 of the Industrial Board Rules of procedure as follows:

> "Rule No. 30.    Compensation agreements in all cases of
> amputations, permanent impairment or permanent partial im-
> pairment shall have attached thereto when filed with the
> Industrial Board a report of a physician furnished by the
> employer and also a report of a physician employed by and
> representing the employee unless such report is waived in
> writing by such employee as to such amputation or their
> opinions of percent of permanent impairment or permanent
> partial impairment unless such reports have been previously
> filed.  When so filed, such agreement will be approved or set
> down for hearing in the discretion of the Industrial Board"

I understand it is the opinion of the employer's physician         Taha Jamil M D_____
                                                                              (Name)
that my injury has resulted in permanent partial impairment of the    Whole Person_____

of _4.0___ % and I am fully satisfied to accept that estimate of my permanent partial impairment and to

waive my right to examination by a physician of my own selection as to the extent of such permanent

partial impairment.

_____
                    (Signed)

> "A person who knowlingly and with intent to defraud an
> insurer files a statement of claim containing any false,
> incomplete, or misleading information commits a felony."

WITNESS

_____

13 CSF-2 R1

DEFS000018