# EXHIBIT 5



*161-594246*

## APAC GROUPE
### CENTERS for PAIN MANAGEMENT

*Medical, Physical & Psychological Treatment For Acute, Chronic & Cancer Pain*

| | | | |
|---|---|---|---|
| **NAME:** | THOMAS E. DOBOSZ | **DOCTOR:** | TAHA JAMIL, M.D. |
| **DOB:** | ████████ | **LOCATION:** | CROWN POINT |

### PARTIAL PERMANENT IMPAIRMENT

**DATE OF VISIT:** 09/25/06

**HISTORY:** Mr. Dobosz is a 57-year-old gentleman with a history of axial neck pain secondary to a work-related injury in September of 2005. He was bent over, stood up, and the top of his head hit a beam. He was wearing a helmet at the time. Nonetheless, he had sudden, sharp pain in his neck. He has tried various treatments in the past: he went for physical therapy which did not help him.

He saw Dr. Kucharzyk who then sent him for some traction; he thought this made the symptoms worse. He also tried massage that did not cause any change in his symptoms. He was then seen by Dr. King who initially performed an epidural steroid injection that provided no relief. He then tried a medial branch block and then radiofrequency neural ablation of the right cervical facet joints, and this did help his symptoms. He had the left side done in July of 2006 which made his symptoms worse.

He continues to take anti-inflammatory medications that he says help him somewhat. His pain is constant, severe, and localized to the neck. It is worse with activity and alleviated with rest. He denies any numbness, tingling, or weakness in his arms.

**PAST MEDICAL HISTORY:** His past medical history is significant only for high blood pressure.

**CURRENT MEDICATIONS:** Flexeril, Voltaren, and Cymbalta. He tried Lidoderm in the past but did not think this helped him. Additionally, he reports some difficulty reading with his bifocals. He says bending his neck down seems to cause more pain.

**PHYSICAL EXAMINATION:**

General: On physical exam Mr. Dobosz is seated in a chair. He is pleasant, cooperative, and does not appear to be in any obvious distress.

Back/Spine: He has tenderness to palpation over the spinous processes and the paraspinal muscles in the cervical region diffusely. Range of motion is slightly limited in flexion and extension. Forward flexion is 40% and extension is 50%. Rotation is 45 degrees to the right and 35 degrees to the left. Shoulder range of motion is full and within normal limits and pain free.

Extremities: Manual muscle testing reveals 5/5 strength in the bilateral upper limbs in all muscle groups. Sensation is intact to light touch in all dermatomes, and muscle stretch reflexes are 2+ in the biceps, triceps, and wrist flexors. Hoffmann sign is negative bilaterally.

I did review the functional capacity evaluation dated 09/08/06. I see there is significant limitation to elevated work that is weighted. Otherwise, in terms of his posture and ambulation there are no significant limitations. I note that he has to frequently shift his weight. One thing I find interesting is that he gets shaking of his arms during push-pull test as well as overhead, elevated work. The other limitation was that he is unable to climb

(1)

"Our Mission... is to provide the most advanced, compassionate care to patients in pain."
533 E. 86th Ave. Suite O Merrillville, IN, 46410-6236
For patient referrals, please call 1-219-756-2722

Please refer to www.apacgroupe.com for a complete list of all of our locations



EXHIBIT
Dobosz
3
2/2/10

PENGAD 800-631-6989

DEFS000024



# APAC GROUPE
## CENTERS for PAIN MANAGEMENT

*...... Physical & Psychological Treatment For Acute, Chronic & Cancer Pain*

**NAME:** THOMAS E. DOBOSZ      **DOCTOR:** TAHA JAMIL, M.D.

**DOB:** ███████      **LOCATION:** CROWN POINT

## PARTIAL PERMANENT IMPAIRMENT

September 25, 2006

vertical because of the inability to lift his body weight onto a platform from a ladder. He also has some limitations with his grip strength. The report suggests light-medium U.S. Department of Labor physical demand level.

Looking at table 15-14 in *The AMA Guidelines to Evaluation of Permanent Impairment*, there is some limitation with range of motion in the cervical spine, particularly with rotation. The limited rotation to the left puts an impairment of roughly 3% and to the right 1%. These totaled to a 4% impairment of the whole person.

Taha Jamil, M.D.
TJ/CB

cc:    Christine Stiller, C.M.
       Fax: (603) 334-8089

| Post-it® Fax Note   7671 | Date 10/24 | # of pages ▶ 2 |
|---|---|---|
| To Bev Wand | From C. Stiller | |
| Co./Dept. Claims | Co. LM | |
| Phone # | Phone # 219 324 5294 | |
| Fax # 603 334 8151 | Fax # | |

(2)

"Our Mission... is to provide the most advanced, compassionate care to patients in pain."
... E. 86th Ave, Suite O Merrillville, IN, 46410-6236
For patient referrals, please call 1-219-756-2722

Please refer to www.apacgroupe.com for a complete list of all of our locations

DEFS000025