# EXHIBIT 6


**Quaker**
Chemical Corporation

## ACCIDENT/NEAR MISS INVESTIGATION REPORT with Hazardous Condition Report
### (ANMIR)
### *See end of document for distribution list.*
**GENERAL INFORMATION:**

| Accident (Recordable) ☒ injury ☐ illness | Accident (not Recordable) ☐ 1st aid injury/illness ☐ property damage ☐ other | ☐ NEAR MISS ☐ Hazardous Condition | Environmental ☐ Spill ☐ Other _____ |
|---|---|---|---|

| | |
|---|---|
| Report #: | Report Date: **27-Sept-05** |
| Day/Date of Incident: **23-Sept-05** | Time of Incident: **09:30** |
| Lost Time Accident: ☐ Yes ☒ No | If Yes, Last Day Worked: |
| Return with restriction? ☐ Yes ☐ No | If Yes, date returned to full, unrestricted duty: |

Facility Location: ☐ Conshohocken  ☐ AC Products  ☐ Quaker Middletown  ☐ EPMAR
☐ CMS site _____  ☐ FMS site _____  ☒ Customer**Mittal Steel, IHW**_____
☐ Other Location

If Not a Quaker Site, Please Provide Company Name, Address and County: **Mittal Steel, IHW, 3001 Dickey Rd., East Chicago, IN 46312**

Exact Location of Incident Within or Outside of Facility: **Doorway between #3 CRSM roll shop and courtyard.**

Form completed by: **James Hitchcock**                    Phone #: **773-578-1119**

## ASSOCIATE INFORMATION:
Name of person involved in Near Miss/Accident (complete separate report for each individual), or who identified the hazardous condition.

| **Dobosz** | **Tom** | **TSS I** | **2 1/2** |
|---|---|---|---|
| Last Name | First Name | Occupation | Years in this Occupation |

## PRELIMINARY ASSESSMENT: Date: **9/23/05**
Describe events leading up to and including the incident or describe the hazardous condition. **Please be specific and include associate action, equipment used, methods, materials, and/or description of area.**
**While assisting in the delivery of a product, Tom walked through a shorter than normal doorway. He was watching his footing when he struck the top of his head on the upper portion of the door frame.**

List Person Protective Equipment (PPE) worn at the time of incident; was it the proper PPE for task?
**Hard hat, safety glasses, long sleeve shirt, steel toe safety boots. All proper PPE was worn.**

## INJURY OR ILLNESS: or Consequences of Hazardous Condition
Describe the injury or illness in detail, part of body affected. (Do not diagnose). Be specific (eg. Left forearm, right index finger, etc.). or Describe potential consequences of the hazardous condition.
**Pain and tingling sensation in neck and shoulders.**

| ☐ No Treatment Received Comments on Condition | ☐ On Site/First Aid First Aid Team member | ☒ Clinic Name and Address **Concentra Medical** | ☐ Hospital Name and Address |
|---|---|---|---|

1


EXHIBIT
Dobosz Gyp
1
2/2/16
PENGAD 800-631-6989

DEFS000176

| | | Center, 6423 Columbia Ave, Hammond IN, 219-937-3632 | Ambulance Transport ☐ |
|---|---|---|---|

2

DEFS000177

**ACCIDENT/NEAR MISS INVESTIGATION REPORT** (continued)

**INVESTIGATION:**

| List recurring incidences/injuries identified for this procedure, associate, area, or equipment involved: | | |
|---|---|---|
| Mechanical Defect?: ☐Yes ☒No | Unsafe Act?: ☐Yes ☒No | ☒ Other **Low, non-standard doorway.** |

| | |
|---|---|
| ☐Yes ☒No | Was the failure of equipment/tools or mis-use of equipment/tools a contributing factor? |
| ☒Yes ☐No | Was the work environment or environmental conditions a contributing factor? |
| ☐Yes ☒No | Was the job procedure(s), work permit(s) or lack thereof, a contributing factor? |
| ☐Yes ☒No | Was there a lack of, failure to use, mis-use, or inadequate personal protective equipment or emergency equipment a contributing factor in the injury? |
| ☐Yes ☒No | Was a management system, or lack thereof, a contributing factor? |

## CONTRIBUTING FACTOR ANALYSIS

**PEOPLE:**

| UNSAFE PRACTICES | CLIMATE | DISCIPLINE |
|---|---|---|
| ☐ Taking chances | ☐ Shortcuts OK | ☐ Disregarded rules |
| ☐ Short cuts | ☐ Production 1st | ☐ Others interfered |
| ☐ Haste | ☐ Haste necessary | ☐ Fooling Around |
| ☐ Awkward position | ☐ Rules violation acceptable | ☐ Attitude |
| ☐ Improper tool | ☐ Procedures not enforced | ☐ Did not follow instructions |
| **PERSONAL PROTECTIVE EQUIPMENT (PPE)** | **ASSOCIATE** | **ASSOCIATE** |
| | ☐ Inexperienced | ☒ Did not recognize hazard |
| ☐ Improper PPE for the job | ☐ Unskilled/Not Trained | ☐ Impatient |
| ☐ Defective/faulty PPE | ☐ Fatigued | ☐ Lack of Judgement |
| ☐ No PPE used | ☐ Sick | ☐ Not paying attention |

**MACHINES/TOOLS:**          **METHODS:**

| MACHINES/TOOLS | INSTRUCTIONS | IMPROPER PLANNING |
|---|---|---|
| ☐ Wrong equipment | | ☐ Materials layout |
| ☐ No protective barrier | ☐ No instructions provided | ☐ Operation layout |
| ☐ Tools in poor condition | ☐ Not enforced | ☐ Machine layout |
| ☐ Machines not guarded | ☐ Incomplete | ☐ Unsafe processes |
| ☐ Poor maintenance | ☐ Erroneous | ☐ Lack of equipment |
| ☐ Poor manufacture | ☐ Unclear | ☐ Lack of rules |
| ☐ Pinch point, sharp edge | ☐ Written procedure | ☐ Improper procedures |
| ☐ Slippery Material | ☐ Training | ☐ No planning |

**MATERIALS/WORK ENVIRONMENT:**

| MATERIALS | WORK ENVIRONMENT | ENVIRONMENT |
|---|---|---|
| ☐ Wrong material | ☐ Worn-out | ☐ Ventilation issue |
| ☐ Contaminated Material | ☐ No guardrail | ☒ Inadequate space |
| ☐ Corrosive | ☐ Defective container | ☐ Hot/cold |
| ☐ Flammable | ☐ Wrong container | ☐ Lighting |
| ☐ Poor housekeeping | ☐ Failure of _____ | ☐ Fire protection equipment |
| ☐ Slippery floors | ☐ Work station problem | |
| ☐ Unsafe walk/work surface | ☐ Other _____ | |

3

DEFS000178

**CHANGES TO PRELIMINARY ASSESSMENT: By Whom: _____          Date:**

| Describe changes, additions, deletions to preliminary report:  **Please be specific and include:  Associate action, equipment used, methods and materials.** |
| --- |
|  |

## CORRECTIVE ACTION ANALYSIS AND RECOMMENDATIONS:    Date: 26-Sep-05

### ACTION ITEM #1

| Factor Contributing to Accident/Near Miss/Hazardous Condition: **Non-standard, retro-fitted, lower than normal doorway,  at  customer site; 64 1/4" in height.** | | |
| --- | --- | --- |
| Action Item to Eliminate Contributing Factor: **Tom and I discussed his being aware of  and  attentive to the hazard in the future.  This should be sufficient to eliminate the problem.** | | |
| Responsible Person: **James Hitchcock** | Estimated Completion Date: **26-Sep-05** | Actual Completion Date: **26-Sep-05** |

### ACTION ITEM #2

| Factor Contributing to Accident/Near Miss/ Hazardous Condition: | | |
| --- | --- | --- |
| Action Item to Eliminate Contributing Factor: | | |
| Responsible Person: | Estimated Completion Date: | Actual Completion Date: |

### ACTION ITEM #3

| Factor Contributing to Accident/Near Miss/ Hazardous Condition: | | |
| --- | --- | --- |
| Action Item to Eliminate Contributing Factor: | | |
| Responsible Person: | Estimated Completion Date: | Actual Completion Date: |

| ASSOCIATE: **Tom Dobosz** | DATE: **27-Sep-05** |
| --- | --- |
| SUPERVISOR: **James Hitchcock** | DATE: **26-Sep-05** |
| EHS* INVESTIGATOR: | DATE: |
| Conshohocken , AC Products, Epmar, Middletown sites – e-mail completed report to  REAG GROUP, manager, and associate. (if incident occurred at a CMS site  e-mail completed report to REAG Group, immediate supervisor, G. Cary, C. O'Connor (if Automotive), D. Jones (if Industrial), Y. Seymour (if Steel) | |
| Signed copies to be filed at the site | |

*EHS - Environmental Health & Safety

4

DEFS000179

6/04 rev.

5

DEFS000180