# EXHIBIT 8

August 7, 2013



**Quaker**™
It's what's inside that counts.

Thomas Dobosz

█████████████

Re:    Workers Compensation Work Status

Dear Thomas,

Quaker Chemical Corporation makes every attempt to return associates with medical restrictions under workers compensation to work whenever possible. We have received your medical release from your doctor, Nikola Nenadovich, MD dated June 24, 2013. Your release form states you have the following permanent restrictions:

- No lifting/pushing/pulling >30lbs frequently and/or occasionally
- No overhead work.

After reviewing your restrictions we are unable to accommodate you in your current role of Site Engineer I. Additionally we have reviewed other current Quaker job openings and we have not been able to identify any current openings in which we can accommodate these permanent restrictions or for which you are qualified. If you believe there are any other alternatives we have not considered, you should contact me immediately.

Unless there has been a change in your work restrictions or other alternatives which you would like us to consider, your employment with Quaker will be terminated.

<u>**Current Entitlement**</u>

Your 30-day notice of termination begins today, August 7, 2013 (your "notification date"). Unless otherwise notified by me, you will no longer report to work at the Company after your notification date. However, if notified by me, you will be required to make yourself available for providing any transition-related assistance that may be requested of you during your 30-day notice period. Your last day of employment will be September 5, 2013 (your "termination date"), which provides you with at least 30 days' notice of that termination date. The pay and benefits to which you are entitled, or which Quaker will provide, are as follows:



**EXHIBIT**
Dobosz
21
2/2/16

DEFS000226

**Quaker**
It's what's inside that counts.

1. You will be paid your regular base Semi-Monthly salary of $2,377.99, less normal deductions, through September 5, 2013.

2. You are entitled to receive a lump sum payment for unused accrued 2012 vacation, less normal deductions.

3. Your group life insurance coverage will cease on September 5, 2013. However, this insurance is subject to conversion and you have until 31 days from September 5, 2013 to convert this group policy to an individual policy. Also, both your short and long term disability coverage will cease on August 7, 2013 and cannot be converted to individual policies.

4. Your medical and dental benefits will be continued at their current level (i.e. associate only, associate and spouse, associate and children or family coverage) through September 30, 2013. Your last payroll deduction for your medical and dental coverage (if applicable) will be in the pay of September 13, 2013.

5. Under the Retirement Savings Plan Account, your 401(k) contributions and contributions made by the Company, if applicable, will cease with your last regular pay of September 13, 2013. Correspondence will be sent under separate cover stating your options under this Plan.

You are still eligible for employment with Quaker and should you be interested in future openings you may apply at www.quakerchem.com.

Should you have further question you may contact me at 513.424.3124.

Sincerely,

Michelle Carter
Manager, Human Resources

**Quaker Chemical Corporation**
One Quaker Park, 901 Hector Street, Conshohocken, PA 19428-0809 USA www.quakerchem.com
T 610.832.4000  F 610.832.8682

DEFS000227