# EXHIBIT 9

Michelle Newcomb LBJI                    (1/9) 06/24/2013 11:22:28 AM -0500

# Lakeshore Bone & Joint Institute

601 Gateway Boulevard • Chesterton, IN 46304 • 219-921-1444

FEIN 42-1751688

## Facsimile Transmittal Sheet

**To:**                              **From:** Michelle Newcomb

Victoria                             **Fax#:** 219-929-1457

**Company:**

TCM

**Date:**

06/24/2013 11:21:49 AM -0500

**Fax Number:**

1-866-772-6038

**Total # of pages (including cover):**

9

**Re:**

Thomas Dobosz #WC868-A42004

☐ Urgent    ☐ For Review    ☐ Please Reply    ☐ Please Recycle

Released from care
Permanent restrictions: no lifting, pushing or pulling > 30 lbs frequently & occationally; no overhead work

MMI

7% PPI Rating

### CONFIDENTIALITY NOTICE:

*The document(s) accompanying this telecopy transmission contain confidential information. This information is intended only for the use of the individual(s) or the entity named above. If you are not the intended recipient, you are noticed that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this telecopy information is not permissible. If you have received this telecopy in error, please immediately notify the sender at the telephone number listed to the above to arrange the return of the original document. Thank you.*



DEFS000237



09/05/2012

Thomas Dobosz
██████████
███████████

**Patient Name:**    *Dobosz, Thomas*

Insurance Company: Liberty Mutual

Adjuster: Jackie Aumann  Ph: 800-826-1661 x 7737/Fax: 603-334-8406

RN/CM (Field):

RN/CM (Telephonic): Victoria Ph: 800-826-1661 x 8105/ Fax: 866-772-6038

Occupational Health:

Employer: Quaker Chemical Corporation

Claim Number: WC868-A42004
DOI: 4/20/12
Injury: Back

Karen Johnson, Work Comp Coordinator
Michelle Newcomb, Work Comp Coordinator
Lakeshore Bone & Joint Institute
601 Gateway Blvd.
Chesterton, IN 46304
219-921-1444 x12401/12402
219-929-1457 Fax

cc:
enc:

---

Lakeshore Bone & Joint Institute - 601 Gateway Blvd., Chesterton, IN 46304
Phone (219) 921-1444          Fax (219) 921-5303

DEFS000238

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Thomas Dobosz | **Visit Date:** | June 24, 2013 |
| **Patient ID:** | ▨ | **Provider:** | Nikola Nenadovich, MD |
| **Sex:** | Male | **Location:** | LBJI - Crown Point General |
| **Birthdate:** | ▨ | **Location Address:** | 12800 Mississippi Parkway |
| | | | Crown Point, IN 463072710 |
| | | **Location Phone:** | 219-921-1444 |

## Chief Complaint

- Neck pain with Right arm pain

## History Of Present Illness

Thomas Dobosz is A 64 year old White male who presents to us today. He presents to us today with neck pain with right arm pain for 6 months. He rates the pain a 9 out of ten and is described as ache. He is right hand dominant. He was referred by work comp.

[Digital Signature Validated]

DEFS000239

Michelle Newcomb LBJI                                    (4/9) 06/24/2013 11:23:11 AM -0500
[ Progress Note] [Thomas Dobosz] [1029697]                      [6/24/2013] Page 2 of 6

ON 4-12-12 PT SLIPPED ON A STAIR AT WORK AND FELL ON HIS BUTTOCKS WHILE HOLDING ONTO A STAIR
RAIL AT ARCELLOR MITTAL (HE IS A VENDOR FROM QUAKER CHEMICAL COMPANY). HAD PAIN IN HIS NECK AND
DOWN HIS RIGHT SHOULDER/ARM TO HIS MEDIAL FOREARM TO HIS RIGHT WRIST. HE SAW DR. KUCHARZYK
HE HAS HAD ONE CERVICAL ESI WHICH DIDNT NOT HELP AT ALL. HE HAS HAD 24 SESSION OF PT AT
ACCELEREATED IN DYER WHICH HASNT HELPED. SINCE HIS INITIAL INJURY HE FEELS THE SAME AND
SOMETIMES WORSE. HE IS WORING LIGHT DUTIES OF NO LPP > 10 LBS AND NO CLIMBING LADDERS. NO
BOWEL OR BLADDER PROBLEMS. HE DOES HAVE OCCASIONAL TROUBLE WITH DROPPING THINGS IN HIS RIGHT
HAND, HE HAS SOME TROUBLE WITH HAND WRITTING AS WELL. HE HAD NO NECK/SHOULDER/RIGHT ARM
COMPLAINTS OR PAIN UNTIL AFTER HIS FALL.

10/1/12 HAS BEEN TO P.T. FOR 2 WEEKS FOR NECK STRETCHES IN WHICH HAS MADE HIM WORSE. PAIN LEVEL 8

10/11/12 P.T. MADE HIM WORSE. HERE TO TALK ABOUT SURGERY.

11/5/12 HE IS A POST OP OF 10/26/12 C4-5 ACDF AND IS DOING WELL. HIS TINGLING IN HIS RIGHT ARM IS
GONE. INCISION TO NECK IS CLEAN DRY AND INTACT. A LITTLE BIT OF SORENESS IN THE THROAT. HE IS
SWALLOWING OK.

12/6/12 ANTERIOR PART OF HIS NECK CONTINUES TO BE NUMB BY THE INCISION SITE. FEELS LIKE HE HAS
SOMETHING LODGED IN HIS THROAT. FEELS LIKE THERE IS A LUMP IN HIS THROAT. LOOKING UP BOTHERS
HIM. TRIES NOT TO LOOK UP TOO MUCH. WEARS HIS COLLAR AT NIGHT AT BEDTIME.

12-31-12:
HE IS DOING WELL WITH REGARDS TO HIS RADICULAR COMPLAINTS. HE IS STILL HAVING SOME SWALLOWING
DIFFICULTIES..

01/28/13: POST OP F/U OF 10/26/12 C4-5 ACDF. HE IS DOING SAME AS LAST MONTH. SORE IN THE MORNING.
PT IS DOING THERAPY. STILL HAVING SOME TROUBLE SWALLOWING PARTICULARLY WITH SOFT FOODS. HIS
ROM IS STILL PAINFUL TO ROTATION AND EXTENSION. HIS ARM COMPLAINTS ARE COMPLETELY RESOLVED. HE
DOES HAVE A HISTORY OF RFA TO THE CERVICAL SPINE ABOUT 6-7 YEARS AGO WHICH WAS VERY SUCCESSFUL
FOR HIS NECK PAINS.

2-25-13:
PT DID BEGIN PT WITH SANDY AT PORTAGE LBJI, HE HAS HAD 5 VISITS SO FAR, IT HAS HELPED A LITTLE BIT
SO FAR. HE DOES FEEL THAT HE IS PROGRESSING BETTER WITH SANDY. HE STILL HAS TROUBLE SWALLOWING,
THIS HAS NOT IMPROVED AT THIS TIME. HE STILL HAS TROUBLE LOOKING UP.

04/29/13: STATES HE IS MUCH BETTER, SWALLOWING IS BOTHERING HIM, DID THE COOKIE SHALLOW. SAW DR
CMEJREK WHICH HE SUGGESTED A C.T. OR A MRI OF HIS THROAT. ALWAYS CLEARING HIS THROAT.
SWALLOWING GRAINS CRACKERS BOTHERS HIM. HAS COMPLETED HIS THERAPY WITH SANDY WOODWORTH.
RIGHT ARM IS BETTER.

05/14/13:
PT IS HERE TO REVIEW HIS CERVICAL CT SCAN, STILL HAVING TROUBLE SWALLOWING.

06/24/13: PATIENT IS DOING VERY GOOD OVERALL. HERE FOR FOLLOWUP. HE STILL HAS SOME SWALLOWING
DIFFICULTIES.

**Past Medical History**

| Disease Name | Date Onset | Notes |
|---|---|---|
| * No Pertinent Medical History | -- | -- |

**Past Surgical History**

| Procedure Name | Date | Notes |
|---|---|---|
| ingrown toe nail removed | -- | -- |

**Medication List**

| Name | Date Started | Instructions |
|---|---|---|
| lisinopril Oral tablet 40 mg | 07/10/2012 | -- |
| Norco Oral tablet 7.5-325 mg | 10/11/2012 | take 1-2 tablet by oral route every 6 hours as needed for pain |
| tramadol Oral tablet 50 mg | 02/25/2013 | take 1-2 tablet (50 mg) by oral route every 6 hours as needed |

[Digital Signature Validated]

DEFS000240

Michelle Newcomb LBJI
[ Progress Note] [Thomas Dobosz] [1029697]

(5/9) 06/24/2013 11:23:43 AM -0500
[6/24/2013] Page 3 of 6

## Allergy List

| Allergen Name | Date | Reaction | Notes |
|---|---|---|---|
| NO KNOWN DRUG ALLERGIES | -- | -- | -- |

## Family Medical History

| Disease Name | Relative/Age | Notes |
|---|---|---|
| Cancer | / Father/ | -- |

## Social History

| Finding | Status | Start/Stop | Quantity | Notes |
|---|---|---|---|---|
| Alcohol | Current some day | --/-- | weekends | -- |
| Married | -- | --/-- | -- | -- |
| Tobacco | Former | --/1973 | none | -- |

## Review of Systems
**Constitutional**
- o **Denies** : fever, chills

**Eyes**
- o **Denies** : discharge from eye, eye discomfort

**HENT**
- o **Denies** : recent head injury, nose bleeding

**Cardiovascular**
- o **Denies** : dyspnea on exertion, cyanosis

**Respiratory**
- o **Denies** : shortness of breath, hoarseness

**Gastrointestinal**
- o **Denies** : jaundice, excessive flatulence

**Integument**
- o **Denies** : rash, itching

**Endocrine**
- o **Denies** : weight gain, weight loss

**Psychiatric**
- o **Denies** : anxiety

**Heme-Lymph**
- o **Denies** : easy bruising, petechiae

**Allergic-Immunologic**
- o **Denies** : sinus allergy symptoms

## Physical Examination
**Constitutional**
- o **Appearance** : well nourished, alert, in no acute distress

**Cervical Spine/Neck**
- o **Muscle Bulk** : (See Chart For Review)

**Right Upper Extremity**
- o **Upper Arm** : (See Chart For Review)
- o **Forearm** : (See Chart For Review)
- o **Muscle Tone** : (See Chart For Review)
- o **Reflexes** : (See Chart For Review)
- o **Sensation** : (See Chart For Review)
- o **Skin** : (See Chart For Review)

**Left Upper Extremity**
- o **Shoulder** :
  - **Inspection/Palpation** : no tenderness, swelling or deformities
  - **Range of Motion** : full and painless in all planes, no crepitance
  - **Strength** : forward elevation, internal rotation, external rotation, adduction and abduction 5/5
  - **Stability** : no joint instability on provocative testing
  - **Tests/Signs** : A/C joint compression test negative, impingement test negative (pain remains after injection), drop arm test negative

[Digital Signature Validated]

DEFS000241

Michelle Newcomb LBJI
[ Progress Note] [Thomas Dobosz] [1029697]

- o **Upper Arm** : no tenderness, swelling or deformities
- o **Elbow** :
  - ■ **Inspection/Palpation** : no tenderness, swelling or deformities
  - ■ **Range of Motion** : full and painless in all planes, no crepitance
  - ■ **Stability** : no joint instability on provocative testing
  - ■ **Tests/Signs** : no pain on provocative testing of elbow
- o **Forearm** : no tenderness, swelling or deformities
- o **Wrist** : no tenderness, swelling, deformities, instability, subluxations, weakness, or atrophy. Range of motion in all planes was full and painless.
- o **Hand** :
  - ■ **Inspection/Palpation** : no tenderness to palpation or pain with axial compression, no muscle atrophy
  - ■ **Range of Motion** : full arc of motion in the small joints of the hand, no discomfort elicited
  - ■ **Stability** : no joint instability on provocative testing
- o **Muscle Tone** : normal
- o **Reflexes** : biceps 2+, triceps 2+
- o **Sensation** : sensation intact to light touch
- o **Skin** : no skin lesions or hidebound skin and periunguaal capilliares normal

**Thoracic Spine**
- o **Inspection** : no deformities present
- o **Palpation** : no vertebral or costo vertebral angle percussion tenderness
- o **Thoracic Spine Range of Motion** : full painless arc of motion and normal chest expansion, no evidence of ankylosis

**Ribs**
- o **Inspection/Palpation** : ribs normal on inspection and no swollen costochondral junctions, no ribcage deformity, no rib tenderness , chest expansion full, costochondral junctions nontender to palpation

NEURO = DECREASED SENSATION TO LIGHT TOUCH RIGHT MEDIAL FOREARM
STRENGTH= TRACE WEAKNESS IN RIGHT WRIST WITH EXT (4+/5)
ROM = PAIN WITH FLEX/EST
+ SPURR IN RIGHT SHOULDER AND NUMBNESS AND TINGLING DOWN RIGHT ARM.
- HOFF
- LHERM
GRIP = 5/5 B/L

10-11-12
NO CHANGES

11-5-12
NECK: INCISION HEALING WELL
NEURO: INTACT

12/6/12 MENTIONED THAT IT IS HARD TO LOOK UP AT TIMES.

1-28-13
NECK: INCISION IS WELL HEALED. ROM IS STILL SIGNIFICANTLY LIMITED TO ROTATION PARTICULARLY TO THE LEFT.
NEURO: INTACT IN B/L UPPER EXTREMITIES.

4-29-13
ROM IS BETTER, FROM SIDE TO SIDE.

6-24-13


**In Office Procedure Results**


[Digital Signature Validated]

Michelle Newcomb LBJI                          (7/9) 06/24/2013 11:24:23 AM -0500
  [ Progress Note] [Thomas Dobosz] [1029697]                     [6/24/2013] Page 5 of 6

XRAY: CERVICAL SPINE:
SEVERE DDD C4-5 AND C5-6, DIFFUSE DEG CHANGES.

MRI CERVICAL SPINE:
PER REPORT: C4-5: OSTEOPHYTE FORMATION CAUSING COMPRESSION OF THE ANTEROLOTERAL RECESS ON
THE RIGHT AS WELL AS LEFT MORE PRONOUNCED ON THE RIGHT.

C6-7: CIRCUMFERENTIAL DISC HERNIATION SEEN. CENTRAL AND LEFT PARACENTRAL OSTEOPHYTE FORMATION
IS SEEN CAUSING COMPRESSION OF THE ANTEROLATERAL RECESS ON THE RIGHT AS WELL AS THE LEFT, MORE
PRONOUNCED ON THE LEFT.

UPON REVIEWING THE IMAGES, AT C4-5 HE HAS SEVERE RIGHT AND MODERATE/SEVERE STENOSIS DUE TO
DISC BULGING CORRELATING WITH HIS SYMPTOMS.

RIGHT SHOULDER MRI: DEGENERATION OF AC JOINT, BUT NO ROTATOR CUFF OR LABLRAL INJURY, SOME
DEGENERATIVE JOINT DISEASE OF GLENOHUMERAL JOINT.

11/5/12 X RAY CERVICAL SPINE: HARDWARE IN GOOD ALIGNMENT AT C4-5.

12/6/12 X RAY CERVICAL: HARDWARE IN GOOD ALIGNMENT AT C4-5

12-31-12:
XRAY CERVICAL SPINE: WELL MAINTAINED HARDWARE AND ALIGNMENT, GOOD FUSION NOTED AT C4-5.

12-31-12:
XRAY CERVICAL SPINE: WELL MAINTAINED HARDWARE AND ALIGNMENT, GOOD FUSION NOTED AT C4-5.

4-29-13: XRAY CERVICAL SPINE: WELL MAINTAINED HARDWARE AND ALIGNMENT, GOOD FUSION NOTED AT C4-
5.

5-14-13:
CERVICAL XRAY WELL MAINTAINED HARDWARE AND ALIGNMENT, GOOD FUSION NOTED AT C4-5.
CT SCAN; SOME MILD THICKENING OF THE ESOPHAGUS INFERIOR TO SURGICAL SITE AIRWAY IS PATENT.

6-24-13
X RAY CERVICAL SPINE WELL MAINTAINED AND ALIGNMENT, GOOD FUSION NOTED AT C4-5

FCE 5-6-13: MEDIUM PHYSICAL DEMAND LEVEL OF NO LIFTING/PUSHING/PULLING > 30 POUNDS. NO OVERHEAD
WORK.

## Assessment

- Disc Disorder- cervical-722.0 722.0
- Neuropathy-Cervical-723.4 723.4
- Pain-Neck-Cervicalgia-723.1 723.1

[Digital Signature Validated]

DEFS000243

Michelle Newcomb LBJI                    (8/9) 06/24/2013 11:24:42 AM -0500
[ Progress Note] [Thomas Dobosz] [1029697]          [6/24/2013] Page 6 of 6

HIS SYMPTOMS ARE "MAINTAINING OR GETTING WORSE". THERAPY SEEMS TO AGGRAVATE RATHER THAN
DECREASE HIS SYMPTOMS. HE HAS C4-5 DISC PROTRUSION WITH B/L STENOSIS WORSE ON THE RIGHT
CORRELATING WITH HIS RIGHT SHOULDER RADIATING PAIN. HE ALSO HAS A SENSATION LIKE A TIGHT BAND
AROUND HIS WRIST BUT NO FINGER/HAND COMPLAINTS CORRELATING WITH THE C5 DISTRIBUTION. GIVEN
THE LACK OF IMPROVEMENT AND ACTUAL WORSENING OF HIS COMPLAINTS I RECOMMEND A C4-5 ACDF.

11-5-12
DOING WELL, SOME SORENESS FROM SURGERY, RIGHT ARM PAIN/TINGLING GONE.

1-28-13
HE SHOULD BE DOING BETTER WITH RESPECT TO ROM OF THE CERVICAL SPINE. HIS X-RAYS DEMONSTRATE A
WELL HEALED FUSION AT C4-5. I NEED HIM TO SEE SANDY WOODWORTH (MCKENZIE CERTIFIED SPINE
THERAPIST) AT OUR PORTAGE OFFICE FOR THERAPY, 2-3X/WEEK FOR 4 WEEKS. IF HIS SYMPTOMS DO NOT
IMPROVE WE MAY NEED TO CONSIDER REPEAT EVAL FOR RFA OF THE CERVICAL SPINE. HE HAD SEEN DR KING
AT APAC IN THE PAST.

6-24-13
HE HAS RETURNED AFTER A VALID FCE. HE STILL HAS SOME SWALLOWING COMPLAINTS AND WILL LIKELY
CONTINUE TO HAVE SOME SWALLOWING COMPLAINTS PERMANENTLY.

**Plan**
    **Instructions**
- PERMANENT RESTRICTIONS:: NO LIFTING, PUSHING PULLING > 30 LBS FREQUENTLY, > 30 LBS OCCASIONALLY. NO OVERHEAD WORK.
- RELEASED FROM CARE WITH THE ABOVE PERMANENT RESTRICTIONS
- ACCORDING TO THE AMA GUIDES TO THE EVALUATION OF PERMANENT IMPAIRMENT 6TH ED PAGE 564 TABLE 17-2 AND PAGE 575 TABLE 17-7 HE QUALIFIES FOR 7% PPI RATING.

    **Disposition**
- Call or Return if symptoms worsen or persist.

    **Correspondence**
- Work Status Form (Thomas Dobosz) - 06/24/2013

**Electronically Signed by:** Nikola Nenadovich, MD -Author on June 24, 2013 09:33:11 AM

[Digital Signature Validated]



# ORDER FORM
**06/24/2013**

| | | | |
|---|---|---|---|
| **Patient Name:** *Dobosz, Thomas* | | **Sex:** | Male |
| **Patient ID:** ███████ | | **DOB:** | 11/22/1948 |
| **Patient Phone:** ███████ | | **Primary Insurance:** | Workers Comp |

**WORK STATUS REPORT**
Date: 6/24/2013
DIAGNOSIS: 722.0, 723.4, 723.1
VISIT TYPE: FOLLOW UP VISIT
DOI: 04/20/12

ACTIVITY STATUS: PERMANENT RESTRICTIONS:: NO LIFTING, PUSHING PULLING > 30 LBS FREQUENTLY, > 30 LBS OCCASIONALLY. NO OVERHEAD WORK.

YOUR EMPLOYER AND THE INSURANCE COMPANY REQUIRE THAT THE DOCTOR STATE WHAT YOUR WORK RESTRICTIONS ARE. IN OTHER WORDS, WHAT THE DOCTOR FEELS YOU CAN OR CANNOT DO AT WORK. IF THE EMPLOYER CANNOT ACCOMODATE THESE RESTRICTIONS, THEN YOU SHOULD BE CONSIDERED "OFF WORK."

RETURN TO CLINIC: ACCORDING TO THE AMA GUIDES TO THE EVALUATION OF PERMANENT IMPAIRMENT 6TH ED PAGE 564 TABLE 17-2 AND PAGE 575 TABLE 17-7 HE QUALIFIES FOR 7% PPI RATING. RELEASED FROM CARE WITH THE ABOVE PERMANENT RESTRICTIONS
SPECIAL INSTRUCTIONS:

Nikola Nenadovich, MD
Lakeshore Bone & Joint Institute
cc:
enc:

Lakeshore Bone & Joint Institute - 601 Gateway Blvd., Chesterton, IN 46304
Phone (219) 921-1444          Fax (219) 921-5303

DEFS000245