# EXHIBIT 10

## Physical Demands Analysis
## Accompanied by Job Description

### PART I   CONTACT INFORMATION

| | | | |
|---|---|---|---|
| Associate Name | Tom Dobosz | Job title | Site Engineer I |
| Job Location | ArcelorMittal Indiana Harbor West, Hammond, Indiana | Loc. Phone | 219-399-1880 |
| Supervisor's Name | Craig Hladik | Supvr. Phone | 724-255-0990 |
| Assessment Made by | Craig Hladik | Assessment Date | 9/6/12 |
| Job Title | Regional Business Manager | Phone | 724-255-0990 |
| HR Contact | Michelle Carter | Phone | 513-424-3124 |

### PART II   JOB DUTIES

Briefly describe job duties <u>or</u> provide a copy of the description

Testing of Tandem Mill solution parameters (Mon-Fri), twice/day. Manage system inventories, controls and temperatures. Develop data for process support and monthly reporting. Provide technical training to AM staff as needed. Pull weekly hydraulic fluid samples and send for testing at various locations around the plant. Help schedule and unload Quaker products (tanker trucks) at various locations within the mill.

☐ Job Description Attached

### Instructions for Parts III, IV and V:

Check the boxes that describe the physical requirements of this associate. <u>Use the "Comments" section at the end of the document to supply additional information</u> or clarification if needed, such as the duration or frequency of an activity. Frequency/duration assumes the average male to be 70"/166 lbs. and the average female to be 64"/137 lbs.

### PART III

**A   Physical Activity**

x   1   Climbing. Ascending or descending ladders, stairs, scaffolding, ramps, poles and the like, using feet and legs and/or hands and arms. Body agility is emphasized. This factor is important if the amount and kind of climbing required exceeds that required for ordinary locomotion.
*Indicate % of day each activity is performed*
*Frequency or Duration of Activity*

| Never | Little 5% | Infrequently 10% | Occasionally 20% | Regularly 30% | Frequently 40% | Continuous 60% | Sustained/ Continuous 80% |
|---|---|---|---|---|---|---|---|
| | | | x | | | | |

x   2   Balancing. Maintaining body equilibrium to prevent falling and walking, standing or crouching on narrow, slippery, or erratically moving surfaces. This factor is important if the amount of balancing exceeds that needed for ordinary locomotion and maintenance of body equilibrium.
*Indicate % of day each activity is performed*
*Frequency or Duration of Activity*

| Never | Little 5% | Infrequently 10% | Occasionally 20% | Regularly 30% | Frequently 40% | Continuous 60% | Sustained/ Continuous 80% |
|---|---|---|---|---|---|---|---|
| | | | | x | | | |



x   3   Stooping. Bending body downward and forward by bending spine at the waist. This factor is important if it occurs to a considerable degree and requires full motion of the lower extremities and back muscles.
*Indicate % of day each activity is performed*
*Frequency or Duration of Activity*

| Never | Little 5% | Infrequently 10% | Occasionally 20% | Regularly 30% | Frequently 40% | Continuous 60% | Sustained/ Continuous 80% |
|---|---|---|---|---|---|---|---|
| | | | x | | | | |

x   4   Kneeling. Bending legs at knee to come to a rest on knee or knees.
*Indicate % of day each activity is performed*
*Frequency or Duration of Activity*

| Never | Little 5% | Infrequently 10% | Occasionally 20% | Regularly 30% | Frequently 40% | Continuous 60% | Sustained/ Continuous 80% |
|---|---|---|---|---|---|---|---|
| | x | | | | | | |

x   5   Crouching. Bending the body downward and forward by bending leg and spine.
*Indicate % of day each activity is performed*
*Frequency or Duration of Activity*

| Never | Little 5% | Infrequently 10% | Occasionally 20% | Regularly 30% | Frequently 40% | Continuous 60% | Sustained/ Continuous 80% |
|---|---|---|---|---|---|---|---|
| | x | | | | | | |

x   6   Crawling. Moving about on hands and knees or hands and feet.
*Indicate % of day each activity is performed*
*Frequency or Duration of Activity*

| Never | Little 5% | Infrequently 10% | Occasionally 20% | Regularly 30% | Frequently 40% | Continuous 60% | Sustained/ Continuous 80% |
|---|---|---|---|---|---|---|---|
| | x | | | | | | |

x   7   Reaching. Extending hand(s) and arm(s) in any direction.

*Indicate % of day each activity is performed*

*CC  Waist to Shoulder*
*DD  Shoulder to Overhead*

| Never | Little 5% | Infrequently 10% | Occasionally 20% | Regularly 30% | Frequently 40% | Continuous 60% | Sustained/ Continuous 80% |
|---|---|---|---|---|---|---|---|
| | | | | x | | | |

x   8   Standing. Particularly for sustained periods of time.
*Indicate % of day each activity is performed*
*Frequency or Duration of Activity*

| Never | Little 5% | Infrequently 10% | Occasionally 20% | Regularly 30% | Frequently 40% | Continuous 60% | Sustained/ Continuous 80% |
|---|---|---|---|---|---|---|---|
| | | | | x | | | |

x   9   Walking. Moving about on foot to accomplish tasks, particularly for long distances or moving from one work site to another.

| Never | Little 5% | Infrequently 10% | Occasionally 20% | Regularly 30% | Frequently 40% | Continuous 60% | Sustained/ Continuous 80% |
|---|---|---|---|---|---|---|---|
| | | | | x | | | |

Physical Demands Analysis Form Tom Tobosz 110713_2.doc prepared for:
*Associate Name  and Date prepared*                                              *Page 2 of 6*

DEFS000253

x   10   Pushing. Using upper extremities to press against something with steady force in order to thrust forward, downward or outward.

| | Indicate number of timer per day | |
|---|---|---|
| | Number repetitions per shift | Max distance |
| 0 - 5 lbs | 16 | 2 Feet |
| 6 - 14 lbs | 6 | 3 Feet |
| 15 - 30 lbs | | |
| 31 - 45 lbs | 2 | 3 Feet |
| 46 - 60 lbs | | |
| 61 + lbs | | |

x   11   Pulling. Using upper extremities to exert force in order to draw, haul or tug objects in a sustained motion.

| | Indicate number of timer per day | |
|---|---|---|
| | Number repetitions per shift | Max distance |
| 0 - 5 lbs | 16 | 2 Feet |
| 6 - 14 lbs | 6 | 3 Feet |
| 15 - 30 lbs | | |
| 31 - 45 lbs | 2 | 3 Feet |
| 46 - 60 lbs | | |
| 61 + lbs | .5 | 60 Feet |

x   12   Lifting. Raising objects from a lower to a higher position or moving objects horizontally from position-to-position. This factor is important if it occurs to a considerable degree and requires substantial use of upper extremities and back muscles.

| | Indicate number of timer per day |
|---|---|
| | Number repetitions per shift |
| 0 - 5 lbs | |
| 6 - 14 lbs | |
| 15 - 30 lbs | |
| 31 - 45 lbs | |
| 46 - 60 lbs | 2 |
| 61 + lbs | |

x   13   Fingering. Picking, pinching, typing or otherwise working, primarily with fingers rather than with the whole hand as in handling.
*Indicate % of day each activity is performed*
*Frequency or Duration of Activity*

| Never | Little 5% | Infrequently 10% | Occasionally 20% | Regularly 30% | Frequently 40% | Continuous 60% | Sustained/ Continuous 80% |
|---|---|---|---|---|---|---|---|
| | | | | x | | | |

x   14   Grasping. Applying pressure to an object with the fingers and palm.
*Indicate % of day each activity is performed*
*Frequency or Duration of Activity*

| Never | Little 5% | Infrequently 10% | Occasionally 20% | Regularly 30% | Frequently 40% | Continuous 60% | Sustained/ Continuous 80% |
|---|---|---|---|---|---|---|---|
| | | | | x | | | |

x   15   Feeling. Perceiving attributes of objects, such as size, shape, temperature or texture by touching with skin, particularly that of fingertips.
*Indicate % of day each activity is performed*
*Frequency or Duration of Activity*

| Never | Little 5% | Infrequently 10% | Occasionally 20% | Regularly 30% | Frequently 40% | Continuous 60% | Sustained/ Continuous 80% |
|---|---|---|---|---|---|---|---|
| | | | x | | | | |

x    16    Talking. Expressing or exchanging ideas by means of the spoken word. Those activities in which they must convey detailed or important spoken instructions to other workers accurately, loudly, or quickly.
*Indicate % of day each activity is performed*
*Frequency or Duration of Activity*

| Never | Little 5% | Infrequently 10% | Occasionally 20% | Regularly 30% | Frequently 40% | Continuous 60% | Sustained/ Continuous 80% |
|---|---|---|---|---|---|---|---|
| | | | | x | | | |

x    17    Hearing. Perceiving the nature of sounds at normal speaking levels with or without correction. Ability to receive detailed information through oral communication, and to make the discriminations in sound.
*Indicate % of day each activity is performed*
*Frequency or Duration of Activity*

| Never | Little 5% | Infrequently 10% | Occasionally 20% | Regularly 30% | Frequently 40% | Continuous 60% | Sustained/ Continuous 80% |
|---|---|---|---|---|---|---|---|
| | | | | x | | | |

x    18    Repetitive motion. Substantial movements (motions) of the wrists, hands, and/or fingers.
*Indicate % of day each activity is performed*
*Frequency or Duration of Activity*

| Never | Little 5% | Infrequently 10% | Occasionally 20% | Regularly 30% | Frequently 40% | Continuous 60% | Sustained/ Continuous 80% |
|---|---|---|---|---|---|---|---|
| | | | x | | | | |

x    19    Carrying: Carrying objects that may be of considerable weight and/or over distances. The exertion level required is more than what is required to carry routine workplace objects.  Examples: Sample pails
*Indicate % of day each activity is performed*
*Frequency or Duration of Activity*

| Never | Little 5% | Infrequently 10% | Occasionally 20% | Regularly 30% | Frequently 40% | Continuous 60% | Sustained/ Continuous 80% |
|---|---|---|---|---|---|---|---|
| | | | x | | | | |

**B    Physical Requirements ( Check only ONE box)**

☐    1    Sedentary work. Exerting up to 10 pounds of force occasionally and/or negligible amount of force frequently or constantly to lift, carry, push, pull or otherwise move objects, including the human body. Sedentary work involves sitting most of the time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met.

☐    2    Light work. Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly to move objects. If the use of arm and/or leg controls requires exertion of forces greater than that for sedentary work and the worker sits most of the time, the job is rated for light work.

x    3    Medium work. Exerting up to 50 pounds of force occasionally, and/or up to 30 pounds of force frequently, and/or up to 10 pounds of force constantly to move objects.

☐    4    Heavy work. Exerting up to 100 pounds of force occasionally, and/or up to 50 pounds of force frequently, and/or up to 20 pounds of force constantly to move objects.

☐    5    Very heavy work. Exerting in excess of 100 pounds of force occasionally, and/or in excess of 50 pounds of force frequently, and/or in excess of 20 pounds of force constantly to move objects.

**C    Visual Acuity (Please check only one block)**

*Note: The visual acuity requirements including color, depth perception, and field vision.*
☐    1    The worker is required to have close visual acuity to perform an activity such as: preparing and analyzing data and figures; transcribing; viewing a computer terminal; extensive reading; visual inspection involving small defects, small parts, and/or operation of machines (including inspection); using measurement devices; and/or assembly or fabrication parts at distances close to the eyes.

x    2    The worker is required to have visual acuity to perform an activity such as: operates machines, such as lathes, drill presses, power saws, and mills where the seeing job is at or within arm's reach; performs mechanical or skilled trades tasks of a non-repetitive nature, such as carpenter, technicians, service people, plumbers, painters, mechanics, etc.

☐    3    The worker is required to have visual acuity to determine the accuracy, neatness, and thoroughness of the work assigned (i.e., custodial, food services, general laborer, etc.) or to make general observations of facilities or structures (i.e., security guard, inspection, etc.)

Physical Demands Analysis Form Tom Tobosz 110713_2.doc prepared for:

*Associate Name  and Date prepared*                                    *Page 4 of 6*

DEFS000255

## Part IV

|   | A | CONDITIONS (Please check all blocks that apply) |
|---|---|---|
| X | 1 | The worker is subject to environmental conditions. Protection from weather conditions but not necessarily from temperature changes. |
| X | 2 | The worker is subject to outside environmental conditions. No effective protection from the weather. |
| X | 3 | The worker is subject to both environmental conditions. Activities occur inside and outside. |
| X | 4 | The worker is subject to extreme cold. Temperatures typically below 32° for periods of more than one hour. Consideration should be given to the effect of other environmental conditions, such as wind and humidity. |
| X | 5 | The worker is subject to extreme heat. Temperatures above 100° for periods of more than one hour. Consideration should be given to the effect of other environmental conditions, such as wind and humidity. |
| X | 6 | The worker is subject to noise. There is sufficient noise to cause the worker to shout in order to be heard above ambient noise level. |
| X | 7 | The worker is subject to vibration. Exposure to oscillating movements of the extremities or whole body. |
| X | 8 | The worker is subject to hazards. Includes a variety of physical conditions, such as proximity to moving mechanical parts, moving vehicles, electrical current, working on scaffolding and high places, exposure to high heat or exposure to chemicals. |
| X | 9 | The worker is subject to atmospheric conditions. One or more of the following conditions that affect the respiratory system of the skin: fumes, odors, dust, mists, gases, or poor ventilation. |
| X | 10 | The worker is frequently in close quarters, crawl spaces, shafts, manholes, small-enclosed rooms, and other areas that could cause claustrophobia. |
| x | 11 | The worker is required to move through or work in narrow aisles or passageways. |

|   | B | CHEMICAL EXPOSURES |
|---|---|---|
| ☐ | 1 | The worker is not substantially exposed to adverse environmental conditions (example: typical office or administrative work environment.) |
| x | 2 | The worker is regularly in a manufacturing plant environment where no respiratory protection is required during the worker's regular job tasks. |
| ☐ | 3 | The worker is required to perform tasks that require respiratory protection. |
| ☐ | 4 | This worker participates in Hazardous Response mitigation activities |
| x | 5 | Material Data Safety Sheets. List any MDSS that were provided in the Comments box, or attach a separate listing. |

## PART V

|   |   |   |
|---|---|---|
| ☐ | 1 | **Driving. The worker is _required_ to drive a vehicle or drive an automobile or a motorized industrial truck as a regular part of their duties.** |
| X | 2 | Personal Protective Equipment: The worker is required to be able to don and wear the required PPE for the task. This may include eyeglasses or face shields, gloves, special clothing, and respirator. |
| X | 3 | Worker is required to traverse uneven, slippery or oily floor surfaces |
| X | 4 | Worker is required to climb: (circle all that apply) **Fixed industrial stairs, fixed industrial ladders, mobile ladders .** |
| X | 3 | List any site or position specific issues here: |

**Additional Comments:** Ferrocote EGL 1 fumes from unloading bulk to bins every month. Employee is subject to this exposure each time.   **Product Code 003385BULK (MSDS attached)**

Physical Demands Analysis Form Tom Tobosz 110713_2.doc prepared for:
*Associate Name  and Date prepared*

DEFS000256

**Prepared by:**

Supervisor:    _Craig Hladik_____

Sign Name                              Date 9/7/12


**I have reviewed and agree with this assessment:**

Associate:        _Tom Dobosz_____

Sign Name                              Date 9/7/12


Human Resources:__      _____

Sign Name                              Date


SHE Representative:__      _____

Sign Name                              Date

DEFS000257