# EXHIBIT 11

### Florence Larcamp - Re: WC868-A42004 Thomas Dobosz

**From:** Florence Larcamp
**To:** Joleen Zychowicz
**Date:** 4/25/2013 12:52 PM
**Subject:** Re: WC868-A42004 Thomas Dobosz

It does help. Thanks Joleen

Florence

>>> "Zychowicz, Joleen" <JOLEEN.ZYCHOWICZ@LibertyMutual.com> 4/25/2013 12:45 PM >>>
Hi Florence,

I just wanted to follow up to our phone conversation today. I did confirm with the nurse case manager that the claimant is set for a follow up with the doctor on 4/29/13. At that time we are anticipating that he will either be released from care, or referred for a Functional Capacity Evaluation (FCE). The FCE would help the doctor address any permanent work restrictions. Once he is released from care the doctor will also address any Permanent Partial Impairment.

The nurse case manager also spoke with the physical therapist. He has been released from physical therapy. They stated the claimant has made comments that he does not wish to return to work.

What I suggest is that we allow the claimant to do the FCE so permanent restrictions can properly be assessed. This testing will also be able to determine if he is putting forth full effort.

Then you will need to determine if you can accommodate those restrictions and if work will be offered. If he does not return to work for you for whatever reason, I can price this matter up for a full and final settlement. If he does return to work, I will submit the formwork for just the impairment rating.

I hope this helps. Please let me know if you need any further information.

JOLEEN SUE ZYCHOWICZ, AIC, AIS, ACS, SCLA | TECHNICAL CLAIMS SPECIALIST |
Liberty Mutual Insurance | Commercial Insurance Claims
(O) 800-826-1661 ext. 7372 | (F) 603-334-8503

*This e-mail, and any attachments thereto, is intended only for the use of the addressee or addresses named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-826-1661 extension 7372 and permanently delete the original and any copy of any e-mail and any printout thereof.*

Please let my manager know how I am doing. Email: justin.stanke@libertymutual.com





file://D:\Profiles\larcampf\AppData\Local\Temp\XPgrpwise\517926F6$$$$$$1001242424...   4/25/2013

DEFS000280