# EXHIBIT 12

Thomas Dobosz Functional Progress Note, August 30, 2012

 **Accelerated Rehabilitation Centers - Dyer**

425 US Route 30, #320
Dyer, IN 46311
219-864-0290 Phone 219-864-0376 Fax

# Functional Progress Note

| | | | |
|---|---|---|---|
| Client: | Thomas Dobosz | Employer: | Quaker Chemical |
| Gender: | Male | Job Title: | Site Engineer |
| Date of Birth: | ▆▆▆▆▆ | Date of Injury: | 4/20/2012 |
| Evaluation Date: | 8/30/2012 | Evaluator: | Greg Frontz PT |
| Diagnosis: | Cervical pain with radiculitis R UE | Visits Scheduled: | 24 |
| Referring Dr.: | Dr. Kucharzyk | Visits Attended: | 24 |
| Claims Adjustor: | Medrisk | | |

**Results:**



Job Demands Match

49.8%

Functional Abilities Matching the Physical Demands
Physical Demands Exceed Functional Abilities

## Material Handling Abilities

- Bilateral Lifting: 25 pounds
- Bilateral Carrying: 25 pounds
- Bilateral Shoulder Lifting: 20 pounds

## Functional Abilities to Job Demands Match

This Functional Progress Note was performed and this client demonstrated the ability to perform 49.8% of the physical demands of his job as a Ste Engineer that relate to his Right UE use. Not all job demands of a site engineer were tested today.

The return to work test items this client was unable to achieve successfully during this evaluation include: Occasional Shoulder Lifting; Occasional Power Lifting, Occasional Overhead Lifting, Occasional Unilateral Lifting, Occasional Bilateral Carrying, Occasional Unilateral Carrying, Above Shoulder Reaching, Firm Grasping, 2 hand drag and Sustained forward reach.

## Client/Occupation Physical Demand Level

Client demonstrated the ability to perform within the LIGHT-MEDIUM physical demand level based on 2 hand OCCASIONAL lift of 25 pounds. It should be noted that this client's job as a Site Engineer, AS DESCRIBED BY THE CLIENT is classified within the MEDIUM-HEAVY physical demand level based on 2 hand OCCASIONAL lift of 50 pounds floor to waist, 2 hand OCCASIONAL overhead lift of 50 pounds, and pulling forces of 75 hfp.

**Recommendations:**

## Recommendations

1. Mr. Dobosz is employable at this time. If a position is available, the client can be placed in a position respectful of the physical capabilities and tolerances as outlined in this report.

 OCCUPRO, LLC © 2012 www.occupro.net

1 of 5

 EXHIBIT Dobosz 14 2/2/16 PENGAD 800-631-6989

DEFS000377

Thomas Dobosz Functional Progress Note, August 30, 2012

2. Based on the disparity between his current abilities and required PDC level there is a moderate probability that he will not be able to return to work full duty.

3. Based on his current therapy plan, he does NOT appear capable of tolerating aggressive work conditioning activities at this time and may have further improvements from outpatient therapy

4. If reliability of pain is a concern a FCE may be of benefit prior to additional interventions.

5. Client is to see his POR for a follow up recheck tomorrow.

## Limiting Factors Noted During Testing

During this evaluation, the client was unable to achieve 100% of the physical demands of his job/occupation as he relate to his Right UE use, and the limiting factors noted during these objective functional tests include: compensatory techniques and mechanical changes.

| | Client Abilities in this Evaluation | Physical Demands Gathered From | Job Demand Match? |
|---|---|---|---|
| **Material Handling** | | | |
| Occasional Power Lift | 25 Pounds | 50 Pounds | No |
| Occasional Shoulder Lift | 20 Pounds | 50 Pounds | No |
| Occasional Overhead Lift | 17 Pounds | 50 Pounds | No |
| Occasional Unilateral Lift | 15 Pounds | 25 Pounds | No |
| Occasional Bilateral Carry | 25 Pounds | 50 Pounds | No |
| Occasional Unilateral Carry | 15 Pounds | 25 Pounds | No |
| **Non-Material Handling** | | | |
| Forward Reaching | Frequent | Frequent | Yes |
| Above Shoulder Reaching | Occasional | Frequent | No |
| **Upper Extremity** | | | |
| Simple Grasping | Frequent | Frequent | Yes |
| Firm Grasping | Occasional | Frequent | No |
| **Job Specific Testing** | | | |
| 2 hand drag | Avoid | Occasional | No |
| Sustained forward reach | Avoid | Occasional | No |

## History of Present Condition

Mr. Dobosz is a 63-year-old (R) hand dominant Site Engineer for Quaker Chemical who reportedly sustained a work-related injury to his neck and (R) shoulder. Client states he was checking the gauges on a tank and when he was coming down the stairs, one of the stairs was broken and he fell down the stairs, hurting his (R) shoulder and neck on 04/20/12. Client received medical treatment including physical therapy x 3 weeks with another company, pain management with steroid pack, and muscle relaxers. X-rays and MRIs revealed no broken bones, and a bulging disc in cervical spine per clients report. A job description per functional job demands assessment form, per client: frequent standing, frequent walking, occasional sitting, occasional bending, occasional squatting, occasional kneeling, frequent grasping, pinching, frequent reaching below shoulder, frequent reaching above shoulder, occasional balance, and occasional climbing of stairs and ladders.

The client reports his work primarily involves moving liquids with OCCASIONAL 2 hand lifting of charged 2-3" hoses from floor to various heights including overhead to pump liquids into various tanks. He reports the hoses are fairly heavy and he

 

DEFS000378

Thomas Dobosz Functional Progress Note, August 30, 2012

estimates the forces at around 50#. He also reports OCCASIONAL lift and carry of 5 gallon buckets of chemicals weighing up to 50# again to place in various height tanks. He reports OCCASIONAL pulling on the charged hoses in 30-40 foot lengths and making connections with various tanks and tanker trucks, he reports this is a heavier task he estimates at 100# maximum force.

Client is with continued report of intermittent (R) shoulder, arm numbness and tingling to the level of the wrist, (R) dorsal and anterior shoulder pain and (R) sided neck pain. He reports he is tolerating modified LIGHT duty work at this time and notes using his Right UE in sustained elevation, such as using the mouse, produces the temporary tingling in his Right UE.

The client reports he had an injection (epidural) on 8/22/2012 with no change in symptoms reported by the client.

## Present Status

This client is currently working working modified LIGHT duty since 4/20/12. He has attended Physical Therapy TIW for 13 sessions since his last FPN and 24 sessions total at this time.

## Posture

This client presents with a forward head position, bilateral protracted shoulders, mild increased thoracic kyphosis, flattened lumbar posture.

## Palpation

The client reports mild pain with palpation Right Trap I, Trap II, and Levator muscles, Right brachial plexus, Right Cervical C5-T1 levels.

## Spine Musculoskeletal Testing

Cervical AROM (using spinal inclinometer): Flexion 20 degrees (60 degrees WNL's), extension 10 degrees (75 degrees WNL's), R side bend 10 degrees, L side bend 10 degrees (45 degrees WNL's), R rotation 20 degrees, and L rotation 30 degrees (45 degrees WNL's).

## Upper Extremity Range of Motion and Strength

|  | Left | | | Right | | |
|---|---|---|---|---|---|---|
|  | AROM | PROM | Strength | AROM | PROM | Strength |
| Shoulder Flexion | 160 | 170 | 5/5 | 150 | 160 | 4-/5 |
| Shoulder Extension | 45 | 45 | 5/5 | 30 | 35 | 4-/5 |
| Horizontal Abduction | 20 | 20 | 5/5 | 10 | 10 | 4-/5 |
| Internal Rotation | 45 | 45 | 4-/5 | 45 | 45 | 4-/5 |
| External Rotation | 30 | 30 | 5/5 | 20 | 25 | 4/5 |
| Elbow Flexion | WNL | | 5/5 | WNL | | 4-/5 |
| Elbow Extension | WNL | | 5/5 | WNL | | 4-/5 |
| Wrist Flexion | 60 | | 5/5 | 60 | | 4-/5 |
| Wrist Extension | 50 | | 5/5 | 50 | | 4-/5 |

## Upper Extremity Musculoskeletal Testing

Limited G-H joint mobility:
.............................Right...............Left
At 0 deg abduction: ER 30 deg IR 40 deg ER 35 deg IR 40 deg
At 45 deg abduction: ER 35 deg IR 48 deg ER 50 deg IR 48 deg
At 90 deg abduction: ER 35 deg IR 50 deg ER 45 deg IR 40 deg

(+) Speeds's test Right,
(+) Neer's test Right,
(-) drop arm tesr with c/o pain in test position.

(+) ULTT Right UE: radial, median and ulnar bias.
(+) ULTT Left UE: radial, median and ulnar bias.

DEFS000379

Thomas Dobosz Functional Progress Note, August 30, 2012

Intact light touch sensation all dermatomes bilateral UE's.

The client continues to self report intermittent paresthesia's in the Right UE primarily in the radial dermatomal pattern that occur at random and with movements.

### Grasping

He demonstrated the ability to perform simple grasping on a FREQUENT basis and firm grasping on an OCASSIONAL basis. He demonstrated a maximum grasping force with the left of 75 pounds and with the right upper extremity of 75. Inconsistent Right grip testing CV 18.7 which may indicate mild self limiting behavior.

### Forward Reaching

Client demonstrated the ability to perform this activity on a FREQUENT basis. During this test he demonstrated 100 percent of a full forward reach. During this test, he demonstrated a slow reaching pace.

### Above Shoulder Reaching

Client demonstrated the ability to perform this activity on an OCCASIONAL basis. The limiting factors noted during this test were mechanical changes with Right scapular upward shrugging during repetitions 7-10.

### Power Lifting (12 Inches to Waist)

During Occasional Bilateral Power Lifting testing, this client demonstrated the ability to lift 25 pounds 12 inches to waist. He demonstrated good lifting mechanics and required no verbal cueing. The limiting factors noted during this test were compensatory techniques Right scapular upward shrugging noted with 30# weight attempt.

### Shoulder Lifting

During Occasional Bilateral Shoulder Lifting testing, this client demonstrated the ability to lift 20 pounds to shoulder height. He demonstrated good lifting mechanics and required no verbal cueing. The limiting factors noted during this test were compensatory techniques with Right scapular upward shrugging and Left trunk lean during placement of 25 pound attempt.

### Overhead Lifting

During Occasional Bilateral Overhead Lifting testing, this client demonstrated the ability to lift 17 pounds overhead. He demonstrated good lifting mechanics and required no verbal cueing. The limiting factors noted during this test were compensatory techniques with Right scapular upward shrugging and trunk lean to Left.

### Bilateral Carrying 15 feet

During Occasional Bilateral Carrying testing, he demonstrated the ability to carry 25 pounds for 15 feet. He demonstrated good carrying mechanics and required no verbal cueing. The limiting factors noted during this test were compensatory techniques with Right scapular upward shrugging and Left trunk lean with 30 pound attempt.

### Unilateral Lifting

During Occasional Unilateral Lifting testing, this client demonstrated the ability to lift 15 pounds with the left and 15 pounds with the right upper extremity. He demonstrated good unilateral lifting mechanics and required no verbal cueing. The limiting factors noted during this test were compensatory techniques with trunk lean away from the load during 20# attempt.

### Unilateral Carrying 15 feet

During Occasional Unilateral Carry testing, this client demonstrated the ability to carry 15 pounds with the left and 15 pounds with the right upper extremity for 15 feet. He demonstrated good unilateral carrying mechanics and required no verbal cueing. The limiting factors noted during this test were compensatory techniques with trunk lean away from the load during 20# attempt.

DEFS000380

Thomas Dobosz Functional Progress Note, August 30, 2012

## 2 hand drag

### Description of Job Simulated Activity

The client was asked to use two hands to pull on cable unit with 40 hfp (75#) for 15 feet backwards, simulating dragging a charged hose.

### Client's Ability to Perform Job Simulated Activity

Client demonstrated the ability to perform this test on an AVOID basis. This client was able to complete this task with 27 hfp for 15 feet. The client demonstrated mechanical changes with bilateral upward scapular shrugging with the 40 hfp attempt.

### Sustained forward reach

### Description of Job Simulated Activity

The client was asked to manipulate nuts and bolts on the Bennett box placed at chest height.

### Client's Ability to Perform Job Simulated Activity

Client demonstrated the ability to perform this test on an AVOID basis. During this test the client was able to complete all 12 sets in 7 min 04 secs. Mechanical changes were observed with Right arm scapular upward shrugging x 3 during the task. The client reported increased parasthesia's Right UE following this test.

Dr. Kucharzyk and Quaker Chemical, thank you for the opportunity to work with your client. If I can be of assistance in interpreting the aforementioned data regarding this Functional Progress Note, please feel free to contact me at:

**Accelerated Rehabilitation Centers - Dyer**
**425 US Route 30, #320**
**Dyer, IN 46311**
**219-864-0290**
**merrillville@acceleratedrehab.com**

Sincerely,

Greg Frontz

DEFS000381