# EXHIBIT 13

## Florence Larcamp - Follow up to Sonexis call on 8/27/12

| | |
|---|---|
| **From:** | Craig Hladik |
| **To:** | Tom Dobosz |
| **Date:** | 8/28/2012 9:47 PM |
| **Subject:** | Follow up to Sonexis call on 8/27/12 |
| **CC:** | Florence Larcamp; Michelle Carter |

Tom:

I have listed below a brief summary of the conversation that took place yesterday between Michelle Carter, Florence Larcamp, yourself and me regarding your Workers Comp claim in relation to the service requirements agreed upon with ArcelorMittal.

- Pursuant to the contract that Quaker Chemical has with ArcelorMittal, we are required, at a minimum, to test the Tandem mill solution parameters twice per day, Total Oil four times per day and Tramps/SAP twice per day. Weekly testing of chlorides (2). Coating weight measurement and evaluation. Lab equipment calibration. Provide technical training/support to AM solution maintenance personnel. Weekly hydraulic fluid sampling/testing, weekly Temper Fluid testing and cross referencing AM online testing. Results are to be reported to the mill operator, basement attendant and Cold Mill manager and agreed upon.
- There have been some recent issues over the past few months regarding the test parameter data not being supplied to the customer, as agreed upon and that predicated a meeting with the Cold Mill Manager, Brian Hylek. Quaker has agreed to make every effort possible to provide this data on a daily basis. Understanding that mill breakdowns, etc. may cause delays in getting samples to test.
- Quaker understands that you were injured at work on 4/20/12 and that you currently require treatment for this injury every week.
- It is our understanding that there are currently no work restrictions resulting from this injury. Therefore you are expected to provide Quaker with a full week of work (40 hours) and complete your testing as required.
- We understand that you must attend physical therapy (PT) 3 times weekly as directed by your Doctor. There may also be other instances when additional procedures and testing may be required, in the course of your rehabilitation.
- The physical therapist's office hours are from 7:30 AM to 5:30 PM each day (M-F). Your scheduled work week is 7:00 AM - 3:30 PM (M-F). We are asking that you schedule your PT appointments around your work schedule to ensure that all tests are run and submitted in accordance with the contract agreement. If you are not able to meet these requirements, then you must return back to work after your PT and complete the testing.
- We are requesting that you submit our schedule for the following week by Thursday of the week before. PT can be scheduled a month in advance. The intent is to provide us with as much notification as possible so that we can have support available to fill in during your absence, if need be and maintain the level of service agreed to with the customer.
- We are also requesting that a Dr. note be sent to Florence Larcamp for any and all PT and Dr. visits.
- All Workers Comp questions are to be handled directly with Liberty Mutual and Florence Larcamp.

This sums up the conversation from yesterday. In closing, we want to get you healthy and keep the level of service that our customer expects intact. Michelle is available for any HR questions that you may have.

Craig Hladik
Reg. Bus. Mgr.



EXHIBIT
Dobosz
13
2/2/16

DEFS000385