# EXHIBIT 14

October 15, 2003


AMENDED

Mr. Thomas E. Dobosz
██████████████
██████████

Dear Tom:

I am pleased to offer you the position of Technical Service Specialist I, reporting to Jason Pickering. If the terms and conditions of this offer are satisfactory, please sign and return one copy of this letter to my attention no later than October 24, 2003. The details of this offer are as follows:

**Start Date:** Your employment with Quaker Chemical Corporation will begin on October 27, 2003.

**Salary Grade:** Your salary grade will be 7.

**Base Salary:** Your salary will be payable on a semi-monthly basis at the rate of $1,775.00, which is annualized at $42,600.00.

You will receive your October 31, 2003 paycheck from Vulcan, covering pay from October 16, 2003 through October 31, 2003. Your first Quaker Chemical Corporation pay date will be November 14, 2003, covering pay at the rate indicated above from November 1, 2003 through November 15, 2003.

**Incentives:** Quaker provides a comprehensive variable performance pay system. For your position, you are eligible to participate in the Global Annual Incentive Plan (GAIP). Your annual target cash bonus is up to 4% of your base salary. This target is adjusted for annual company performance. You will be eligible for your first annual cash bonus payment March 2005, based on performance year 2004 results.

All incentive compensation awards are made at the company's discretion, are subject to change, and require the approval of the Quaker Chemical Compensation and Management Development Committee of the Board of Directors.

**Benefits:** In general you will be eligible for the same benefits as associates pay-rolled from our Middletown location, who were formally United Lubricant Corporation associates.

Medical – For the remainder of 2003, Quaker Chemical Corporation will pay the difference between your COBRA cost and your normal Vulcan medical payroll deduction. For 2004 the Company will pay 60% of the premium.

**Quaker Chemical Corporation**

One Quaker Park, 901 Hector Street, Conshohocken, PA 19428 0809 USA www.quakerchem.com
T 610 832 4000  F 610 832 8682



EXHIBIT
Dobosz
1
2/2/14
PENGAD 800-631-6989

DEFS000572

**Dental** – You will be eligible for dental coverage effective January 1, 2004. For 2004, the Company will pay 93% of a "Standard" plan, with an option to buy-up to an "Enhanced" plan. Additional information will be provided to you at our Open Enrollment for 2004.

**Life** - You will be eligible for Life effective November 1 2003. For 2003 the Company pays for the full cost of Life at a coverage amount of 1 times annual base salary, rounded up to the nearest $10 thousand. For 2004, the Company will pay for the full cost of 2 times your annual salary, with the option to purchase a flat $50,000, 1 times annual salary, or 3 times annual salary. Additional information will be provided to you at our Open Enrollment for 2004.

**LTD** – You will be eligible for LTD effective November 1, 2003. For 2003 the Company pays for full cost of LTD at a coverage amount of 60% of basic monthly earnings. For 2004, the Company will pay for the full cost at a coverage of 50% of salary, with the option to buy-up to a 66 2/3 % of salary option. Additional information will be provided to you at our Open Enrollment for 2004.

In addition, you will also be eligible for the following retirement benefits:

**The Retirement Account** (a cash balance pension plan) - You will be eligible to enter the Retirement Account effective January 1, 2004. Your benefit accrual will be calculated from October 27, 2003. Your original hire date from Vulcan will be used solely for vesting purposes for the Retirement Account.

**The Retirement Savings Plan (401K)** – You will be eligible to enter the Retirement Savings Plan as soon as administratively possible. This plan does allow rollovers from other qualified plans.

| | |
|---|---|
| *Vacation / Holidays:* | Effective 2004, you will accrue vacation at a rate of 10 days annually which is based on your original hire date at Vulcan. You will also be eligible for up to 11 ½ paid holidays. |
| *Business Casual:* | Please note that Quaker has a Business Casual Dress policy. |
| *Drug Screening / Pre-employment Physical:* | Due to the nature of the Quaker-Vulcan transaction, drug testing and physical exam requirements will be waived. However, Quaker Chemical Corporation reserves the right to require these tests at a future date. |
| *Non-Smoking Clause:* | Please note that Quaker is a non-smoking company that does not allow associates to smoke in any of its facilities. |

DEFS000573

*Exclusivity:*    You hereby undertake to work exclusively for Quaker Chemical, and its subsidiaries. Furthermore, as a condition of employment, we expect you to sign the attached Memorandum of Employment. It contains restrictive covenants, some of which may continue after employment with Quaker. Accordingly, you should carefully review the agreement and, if you desire, consult with an attorney.

Please review the attached Memorandum of Employment, and sign and return to me.

This offer of employment is extended through October 24, 2003. The offer is contingent upon your producing documents for the company's inspection that are sufficient to establish your employment eligibility in the United States prior to the commencement of your employment as required by law.

Tom, this is an exciting time in the life of Quaker Chemical Corporation, and we are confident that you will contribute to our future growth and success. If you have any questions regarding this offer, please feel free to contact me at (800) 523-7010, ext. 3410.

Again, please acknowledge formal acceptance of this offer by signing in the space provided and returning a copy of this letter to my personal attention.

Notwithstanding, your acceptance of this offer of employment with Quaker Chemical Corporation is contingent upon the transaction between Vulcan and Quaker Chemical Corporation being completed.

Sincerely,

Yvonne Seymour
Manager, Human Resources

I hereby accept the offer as given above and will commence my employment on _____*16·27*_____, *2003*. I understand and acknowledge that this offer does not create an employment contract between the company and me; nor does it guarantee employment for any period of time; nor does it guarantee any particular terms and/or conditions of employment other than those specified above. I further understand and acknowledge that my employment relationship between the company and me will be "at will" and completely voluntary with both parties.

_____
**Thomas E. Dobosz**

_____*10·15·03*_____
**Date**

DEFS000574