# EXHIBIT 15



March 3, 2008

Thomas E. Dobosz

███████████
████████

Dear Thomas:

This will confirm the following, effective March 1, 2008.

1    Your position with Quaker Chemical Corporation is that of Site Engineer I – Mittal, reporting to Sudeep Saxena, Program Manager. The position of Site Engineer I is a salary grade 8.

2    Your new semi-monthly salary will be $2,156.68, which is an annualized base salary of $51,760.32 as of March 1, 2008. You will be eligible for your next salary increase March 2009.

3    You will be eligible to participate in the Global Annual Incentive Plan (GAIP). You will be eligible to participate in the Global Annual Incentive Plan (GAIP). For 2008, your Global Annual Incentive Plan maximum percentage will be 6%.

     All incentive compensation awards are made at the company's discretion, are subject to change, and require the approval of the Quaker Chemical Compensation and Management Development Committee of the Board of Directors.

4    The terms and conditions of your employment as they existed on February 29, 2008 remain in effect, except as specifically set forth above.

5.   Quaker Chemical Corporation reserves the right to modify your job title, duties and compensation, as well as all company rules, practices and other terms of employment.

Please sign and return a copy of this letter by March 6, 2008.

Sincerely,

David Jones
Manager, Human Resources


I understand and acknowledge that nothing contained in this letter creates an employment contract between Quaker Chemical Corporation and me; nor does it guarantee employment for any period of time; nor does it guarantee any particular terms and/or conditions of employment other than those specified above. I further understand and acknowledge that the employment relationship between Quaker Chemical Corporation and me is "at will" and completely voluntary by both parties.

_____          _____3-11-08_____
         Thomas E. Dobosz                              Date

EXHIBIT
Dobosz
7
2/2/11u

PENGAD 800-631-6989

DEFS000576