# EXHIBIT 16

# JOB DESCRIPTION

| | |
|---|---|
| **Job Title:** | **Site Engineer I** |
| **Reports To:** | **Site Manager** |
| **FLSA Status:** | **Exempt** |
| **Location:** | **Various** |
| **Date:** | **October 8, 2007** |

**Summary:**

Performs on-site technical and administrative duties within the manufacturing environment of Quaker's customer account under the direction or senior staff or management.

**Essential Duties and Responsibilities** *include the following. Other duties may be assigned:*

Collect, analyze, test, interpret and record machine samples; recommends and completes corrective actions with no direction from site staff.

Perform and interpret bio-stick dip tests of all sumps and central systems, with little to no guidance; recommends and completes corrective actions with no direction from site staff.

Inspect, monitor and maintain coolant filters, washers, paint systems, air handling systems, etc. for sump changes and cleaning, as required to keep fluids within proper limits; completes corrective actions, following proper guidelines.

Make addition of chemicals; including coolants, greases, oils, lubricants, cleaners and biocides to fluid systems.

Report and interpret all results and usage on a daily basis, via report generation; completes corrective action, following proper guidelines.

Implement with support, reports regarding project and process information or improvements; able to present with assistance and support.

Properly maintain tools and utility equipment such as pumps, sump suckers, coolant dispensers, etc. in a safe and efficient manner.

Inspect and perform routine maintenance on all above equipment and fluid systems including product additions, filter changes, emptying gons, sump cleaning, etc. with no guidance from site staff.

Quaker Chemical
Corporation

1

ACTIVE 23211648v1 11/12/2013



DEFS000585

Perform on-site technical and administrative duties in a manufacturing environment.

Acquire records and analyzes process and usage data.

Prepare reports and forms using computer systems.

Order and record inventory of chemical products.

Interact with customer's productions and technical personnel, and suppliers.

May require working flexible hours.

Assists site staff with project management.

## Qualifications:
*To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed below are representative of the knowledge, skill, and/or ability required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.*

### Education/Experience:

Bachelor's degree in science, engineering or equivalent experience. Knowledge of chemistry or science. One to two years related experience in manufacturing, with at least one year in chemical management services or metalworking processes.

### Language Ability:

Excellent written and verbal communication skills. Ability to read, analyze and interpret general business periodicals, professional journals, technical procedures, or governmental regulations. Ability to write reports, business correspondence, and procedure manuals. Ability to effectively present information and respond to questions from groups of managers, clients, customers and the general public. Ability to lead and facilitate effective meetings.

### Math Ability:

Demonstrate basic mathematical skills. Precise and accurate in dealing with figures and details. Ability to calculate figures and amounts such as percentages, fractions, conversions and proportions. Ability to analyze, evaluate and or produce data such as

Quaker Chemical

2

DEFS000586

charts and graphs. Understand various business performance indicators such as P&L statements, Net Present Value, and ROI.

**Reasoning Ability:**

Flexibility to respond to unanticipated situations. Able to manage multiple demands and establish priorities. Able to deal with pressure situations. Should also be decisive, persuasive, and assertive, and able to see the big picture. Ability to solve practical problems and deal with a variety of concrete variables in situations where only limited standardization exists. Ability to interpret a variety of instructions furnished in written, oral, diagram, or schedule form.

**Computer Skills:**

Must have a working knowledge of: Internet software, e-mail, word processing, spreadsheets, presentation software, project tracking and database software.

**Supervisory Responsibilities:**

This job has no supervisory responsibilities.

---

## Work Environment:
*The work environment characteristics described here are representative of those an associate encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.*

---

Associate will work in a manufacturing environment and may be exposed to fumes or airborne particles and toxic or caustic chemicals. The associate is exposed to moving mechanical parts, risk of electrical shock and trip and slip hazards. The noise level in the manufacturing environment is loud.

---

## Physical Demands:
*The physical demands described here are representative of those that must be met by an associate to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.*

---

The associate will be required to perform these functions:
· May be required to lift up to 50 pounds
· May be required to stand for long periods and walk great distances daily
· Routinely required to use hands to finger, handle or feel and reach with hands and arms.
· May be required to sit, climb, balance, stoop, kneel, crouch or crawl and talk or hear

---

Quaker Chemical
Corporation

3

DEFS000587

· May be required to work in small spaces and high locations

The vision requirements include: close vision. The associate may be asked to travel and must be able to carry luggage, computer equipment and must be able to sit on transportation vehicles for periods of time.

---

Quaker Chemical
Corporation

4

ACTIVE 23211648v1 11/12/2013

DEFS000588