# EXHIBIT 17

C M S



### ACCIDENT/NEAR MISS INVESTIGATION REPORT with Hazardous Condition Report
### (ANMIR)
*See end of document for distribution list.*

GENERAL INFORMATION:

| Accident (Recordable)<br>☐ injury<br>☐ illness | Accident (not Recordable)<br>☐ 1st aid injury/illness<br>☐ property damage<br>☐ other ____ | ☒ Near Miss<br>☐ Hazardous<br>Condition | Environmental<br>☐ Spill<br>☐ Other ____ |
|---|---|---|---|

| | |
|---|---|
| Report #: _____ | Report Date: 4/30/12 |
| Day/Date of Incident: 4/20/2012 | Time of Incident: 10:30 am |
| Days Away incident:    ☐ Yes   ☒ No | If Yes, Last Day Worked: ____ |
| Return with restriction? ☐ Yes   ☒ No | If Yes, date returned to full, unrestricted duty: ____ |

Facility Location: ☐Conshohocken  ☐ AC Products  ☐ Quaker Middletown  ☐ EPMAR   ☐ CMS site
☐ FMS site         Customer Arcelor Mittal                    ☐ Other Location ____

If Not a Quaker Site, Please Provide Company Name and Address: Arcelor Mittal 3001 Dickey Rd. East Chicago,In

Exact Location of Incident Within or Outside of Facility: Tandem Mill Basement

Form completed by: Tom Dobosz                Phone #: 219-399-3397 Day

ASSOCIATE INFORMATION:

Name of person involved in Near Miss/Accident (complete separate report for each individual), or who identified the hazardous condition.

| Dobosz | Thomas | Site Engineer | 9 |
|---|---|---|---|
| Last Name | First Name | Occupation | Years in this Occupation |

PRELIMINARY ASSESSMENT: Date: ____

Describe events leading up to and including the incident or describe the hazardous condition. Please be specific and include associate action, equipment used, methods, materials, and/or description of area.

I was going down the stairs after obtaining water meter readings from the top of the solution tank. I slipped on the way down on the stairway. The stair was broken as the tread had separated from the step. I was holding on to the hand rail and landed on my butt.

List Person Protective Equipment (PPE) worn at the time of incident; was it the proper PPE for task?

Hardhat,safety glasses ,safety shoes,long sleeves shirt.

Describe the injury or illness in detail, part of body affected. (Do not diagnose). Be specific (eg. Left forearm, right index finger, etc.). or Describe potential consequences of the hazardous condition.

Bruise on right forearm. Pain in both legs, Shoulder arm and neck pain,

| ☒ No Treatment Received<br>Comments on Condition<br>____ | ☐ On Site/First Aid<br>First Aid Team<br>member<br>____ | ☐ Clinic<br>Name and Address<br>____ | ☐ Hospital Name and<br>Address<br>____<br>Ambulance Transport ☐ |
|---|---|---|---|

INJURY OR ILLNESS: or Consequences of Hazardous Condition



PENGAD 800-631-6989   EXHIBIT   Dobosz   10   2/2/16

DEFS000666

ACCIDENT/NEAR MISS INVESTIGATION REPORT (continued)

INVESTIGATION:

| List recurring incidences/injuries identified for this procedure, associate, area, or equipment involved: |
| --- |

| Mechanical Defect?: ☐Yes ☐No | Unsafe Act?: ☐Yes ☒No | ☐ Other _____ |
| --- | --- | --- |

☐Yes ☒No    Was the failure of equipment/tools or mis-use of equipment/tools a contributing factor?

☐Yes ☒No    Was the work environment or environmental conditions a contributing factor?

☐Yes ☒No    Was the job procedure(s), work permit(s) or lack thereof, a contributing factor?

☐Yes ☒No    Was there a lack of, failure to use, mis-use, or inadequate personal protective equipment or emergency equipment a contributing factor in the injury?

☐Yes ☒No    Was a management system, or lack thereof, a contributing factor?

CONTRIBUTING FACTOR ANALYSIS

| Unsafe Practices | Climate | Discipline |
| --- | --- | --- |
| ☐ Taking chances<br>☐ Short cuts<br>☐ Haste<br>☐ Awkward position<br>☐ Improper tool | ☐ Shortcuts OK<br>☐ Production 1st<br>☐ Haste necessary<br>☐ Rules violation acceptable<br>☐ Procedures not enforced | ☐ Disregarded rules<br>☐ Others interfered<br>☐ Fooling Around<br>☐ Attitude<br>☐ Did not follow instructions |
| **Personal Protective Equipment (PPE)** | **Associate** | **Associate** |
| ☐ Improper PPE for the job<br>☐ Defective/faulty PPE<br>☐ No PPE used | ☐ Inexperienced<br>☐ Unskilled/Not Trained<br>☐ Fatigued<br>☐ Sick | ☒ Did not recognize hazard<br>☐ Impatient<br>☐ Lack of Judgement<br>☐ Not paying attention |

PEOPLE:

MACHINES/TOOLS:          METHODS:

| MACHINES/TOOLS | Instructions | Improper Planning |
| --- | --- | --- |
| ☐ Wrong equipment<br>☐ No protective barrier<br>☐ Tools in poor condition<br>☐ Machines not guarded<br>☐ Poor maintenance<br>☐ Poor manufacture<br>☐ Pinch point, sharp edge<br>☐ Slippery Material | ☐ No instructions provided<br>☐ Not enforced<br>☐ Incomplete<br>☐ Erroneous<br>☐ Unclear<br>☐ Written procedure<br>☐ Training | ☐ Materials layout<br>☐ Operation layout<br>☐ Machine layout<br>☐ Unsafe processes<br>☐ Lack of equipment<br>☐ Lack of rules<br>☐ Improper procedures<br>☐ No planning |

MATERIALS/WORK ENVIRONMENT:

| Materials | Work Environment | Environment |
| --- | --- | --- |
| ☐ Wrong material<br>☐ Contaminated Material<br>☐ Corrosive<br>☐ Flammable<br>☐ Poor housekeeping<br>☐ Slippery floors<br>☒ Unsafe walk/work surface | ☐ Worn-out<br>☐ No guardrail<br>☐ Defective container<br>☐ Wrong container<br>☐ Failure of _____<br>☐ Work station problem<br>☐ Other _____ | ☐ Ventilation issue<br>☐ Inadequate space<br>☐ Hot/cold<br>☐ Lighting<br>☐ Fire protection equipment |

DEFS000667

CHANGES TO PRELIMINARY ASSESSMENT: By Whom: _____    Date: _____

Describe changes, additions, deletions to preliminary report:  Please be specific and include:  Associate action, equipment used, methods and materials.

_____

CORRECTIVE ACTION ANALYSIS AND RECOMMENDATIONS:    Date: _____

### ACTION ITEM #1

Factor Contributing to Accident/Near Miss/Hazardous Condition:
**Broken Step**

Action Item to Eliminate Contributing Factor:
**Replaced step.**

| Responsible Person: Arcelor Mittal Maintenance | Estimated Completion Date: ASAP | Actual Completion Date: 5/1/2012 |
|---|---|---|

Factor Contributing to Accident/Near Miss/ Hazardous Condition:

_____

Action Item to Eliminate Contributing Factor:

_____

| Responsible Person: _____ | Estimated Completion Date: _____ | Actual Completion Date: _____ |
|---|---|---|

### ACTION ITEM #2

Factor Contributing to Accident/Near Miss/ Hazardous Condition:

_____

Action Item to Eliminate Contributing Factor:

_____

| Responsible Person: _____ | Estimated Completion Date: _____ | Actual Completion Date: _____ |
|---|---|---|

### ACTION ITEM #3

| | DATE: 5/2/2012 |
|---|---|
| ASSOCIATE: Tom Dobosz | DATE: 5/2/2012 |
| SUPERVISOR: Craig Hladik | DATE: |
| SHE* INVESTIGATOR: _____ | |

Conshohocken, AC Products, Epmar, Middletown sites - e-mail completed report to  REAG GROUP, manager, and associate (if incident occurred at a CMS/FMS site  e-mail completed report to REAG Group, immediate supervisor, (copy  C. O'Connor or D. Jones.)

Signed copies to be filed at the site

*SHE – Safety, Health & Environmental

5/07 rev

DEFS000668