# EXHIBIT 18

# ArcelorMittal USA Supplier Service Level Agreement

| Minimum Requirements |
| --- |

### AGREEMENT SCOPE

| | |
| --- | --- |
| Plant | Indiana Harbor West |
| Supplier | Quaker |
| Commodity | OLF |

### AGREEMENT APPROVAL

| | |
| --- | --- |
| Maintenance/Operations | Brian Hylek - Manager Cold Mill, Brian King - Manager Cold Mill Maintenance, Tom Progler - Op Tech Manager, Mike Wahl - Hot Mill Maintenance Supervisor, Jim Bowden - Expeditor |
| Procurement | |
| Sourcing Manager | |

## 1. QUALITY MANAGEMENT

| | |
| --- | --- |
| Specs (Technical/Physical/Chemical/Drawings) | Must meet published product specifications. |
| Tolerances | Must be within published specifications. |
| Certifications / Standards to be met | Only as requested for maintenance lubes; |
| Process Control | CpK>1.0; 1.33 preferred |
| Warranties | |
| Substitutions (Suggest/Review/Test/Approve) | |
| Trial process | Must be defined on documentation - acceptable results, duration, application, etc. |
| Supplier continuous improvement goals (TCO) | Report and manage oil usage per ton performance. Vendor managed inventory. Order products and coordinate deliveries, supervising delivery/unloading, monitoring/managing inventory of all products, sample and test oil and hydraulic fluids routinely. Annual Business Reviews for Engineering Services. |
| Supplier Reporting (scope, frequency, delivery audience) | |
| Corrective Action / Complaints Process | Must be addressed promptly within 30 days.  Written PCAR to be used as appropriate. |
| Other requirements | |

## 2. SERVICE MANAGEMENT

| | |
| --- | --- |
| On Site Service | |
| Scope | Testing of Tandem Mill solution parameters (Monday to Friday) - Solution Irons (2 per day), Surface Oil & Irons (2 per week),  Solution pH (2 per day), Total Oil (4 per day) and Tramp/SAP (2 per day). Weekly testing of Chlorides (2). Monitor spray & flow temperatures. Manage system controls & temperatures. Develop process reports and charts. Coatings weight measurement & evaluation. Lab equipment calibration. Provide technical training/support to ArcelorMittal solution maintenance personnel. Weekly hydraulic fluid sampling & testing, Weekly Galvanize line Wet Temper fluid testing and cross referencing ArcelorMittal online testing. |
| Frequency / Hours | As noted above, or as requested; minimum 3 days per week |
| Supplier Contact Information | Shawn Rue; 219-508-7734; rues@quakerchem.com |
| ArcelorMittal In-Plant Contact Information | |
| Other (ie. Qualifications, out of scope items) | |
| Off Site Service | |

SLA Form - Updated 5/17/11

PENGAD 800-631-6989

EXHIBIT
Dubosz
2/2/16

DEFS000800

# ArcelorMittal USA Supplier Service Level Agreement

| Minimum Requirements |
| --- |

### AGREEMENT SCOPE

### AGREEMENT APPROVAL

| | |
| --- | --- |
| Plant | Indiana Harbor West |
| Supplier | Quaker |
| Commodity | OLF |

| | |
| --- | --- |
| Maintenance/Operations | Brian Hylek - Manager Cold Mill, Brian King - Manager Cold Mill Maintenance, Tom Progler - Op Tech Manager, Mike Wahl - Hot Mill Maintenance Supervisor, Jim Bowden - Expeditor |
| Procurement | |
| Sourcing Manager | |

| | |
| --- | --- |
| Scope | Technical support and help desk |
| Frequency / Hours | As requested |
| Supplier Contact Information | Jerry Gordon; 484-432-5010; gordonj@quakerchem.com |
| ArcelorMittal In-Plant Contact Information | |
| Other (ie. Qualifications, out of scope items) | |

Emergency / After Hours / Call In support

| | |
| --- | --- |
| Availability (24 x 7?) | Yes |
| Supplier Contact Information | Shawn Rue; 219-508-7734; rues@quakerchem.com |
| Process | |

| | |
| --- | --- |
| Health and Safety | |
| Trouble shooting/Failure analysis | As requested |
| Training | As requested |
| Other Requirements | |

## 3. ORDER MANGEMENT

- Process used for communicating approved releases
- System used for Catalogue management
- Responsibility / Process for Catalogue changes
- Special bidding instructions
- Other requirements

## 4. DELIVERY

*Delivery scheduling*

| | |
| --- | --- |
| Frequency / deliveries per week | Three per week or as needed; Bulk as needed |
| ArcelorMittal receiving hours | 7am to 2pm M-F. |
| Lead time from order release | 2 to 3 days for standard deliveries. |
| Portal to Portal (pickup at AM to delivery back to AM) | Cleaned hoses / fittings for bulk deliveries. |
| Delivery process (include locations and responsibility) | Scale in, Hook-up verification (Quaker), Monitor unloading (Quaker), Sign Off (ArcelorMittal), Scale out |
| Emergency deliveries | |
| Expectations during severe weather | |
| Other requirements | |

DEFS000801

# ArcelorMittal USA Supplier Service Level Agreement

| Minimum Requirements |
| --- |

### AGREEMENT SCOPE

| | |
| --- | --- |
| Plant | Indiana Harbor West |
| Supplier | Quaker |
| Commodity | OLF |

### AGREEMENT APPROVAL

| | |
| --- | --- |
| Maintenance/Operations | Brian Hylek – Manager Cold Mill, Brian King – Manager Cold Mill Maintenance, Tom Progler – Op Tech Manager, Mike Wahl – Hot Mill Maintenance Supervisor, Jim Bowden – Expeditor |
| Procurement | |
| Sourcing Manager | |

**Shipping and receiving**

| | |
| --- | --- |
| Product Packaging (and labelling) requirements | |
| Shipping method/mode | |
| Type of truck/equipment | |
| Number of doors/locations per plant | |
| Packing slip / Certificate of Analysis (and frequency) | |
| Pre-approval Process for Off-Spec material | |
| Invoicing frequency | |
| Other requirements | |

## 5. INVENTORY MANAGEMENT

| | |
| --- | --- |
| Ownership of inventory at Mill (consignment?) | No |
| Establishment of min/max levels and re-order points | No, department establishes level w/ input from supplier. |
| Monitoring of inventory levels | Yes, required.  Typically 3 per week for totes and drums; Bulk tank monitoring |
| Responsibility for re-stocking inventory | Yes, based upon agreed upon stocking levels and lead times. |
| Supplier holds required stock on its site (Service: ability to satisfy workload request) | Yes |
| Store Room requirements (shelving, stocking) | |
| Critical spares (responsibility, location) | Not applicable, however, material must be on hand to meet emergency deliveries. |
| Product availability guarantees to meet uptime goals | Product must be available for emergency support. |
| Inventory sharing between plants | Yes, with approval from the department maintenance manager. |
| Ownership of molds/patterns | N/A |
| Other Requirements | |

## 6. OTHER

| | |
| --- | --- |
| MBE/WBE | |
| Accounting Issues both internal & external | |
| OSHA safety reports | |
| Other requirements | |

DEFS000802

SLA Form - Updated 5/17/11