# EXHIBIT 19



**Accelerated**
**rehabilitation centers**
Physical Therapy • Sports Medicine
*Putting Patients First*

August 31, 2012

Florence:
(Fax.610.832.4496)

Please excuse    Thomas Dobosz    from work.  He attended Physical Therapy on the following dates and times:

| Date | Time |
|------|------|
| 06/19/12 | 10:30am |
| 06/21/12 | 2:00pm |
| 06/22/12 | 1:00pm |
| 06/25/12 | 1:00pm |
| 06/27/12 | 1:00pm |
| 06/28/12 | 7:30am |
| 07/03/12 | 7:30am |
| 07/09/12 | 2:30pm |
| 07/13/12 | 2:00pm |
| 07/16/12 | 11:00am |
| 07/18/12 | 1:00pm |
| 07/19/12 | 1:00pm |
| 07/23/12 | 1:00pm |
| 07/25/12 | 1:00pm |
| 07/26/12 | 1:00pm |
| 07/30/12 | 8:30am |
| 08/01/12 | 1:00pm |
| 08/02/12 | 1:00pm |
| 08/08/12 | 1:00pm |
| 08/10/12 | 1:00pm |
| 08/20/12 | 1:00pm |
| 08/27/12 | 1:00pm |
| 08/29/12 | 1:00pm |
| 08/30/12 | 1:00pm |

If you have any questions or problems, please contact the office and ask to speak to the patient's therapist at (219) 864-0290.  Thank you.

Sincerely,

Accelerated Rehabilitation Centers
425 US Route 30 Suite 320
Dyer, IN  46311



EXHIBIT
Dobosz
12
2/2/10

425 U.S. Route 30 • Suite 320 • Dyer, IN  46311 • Phone 219-864-0290 • Fax 219-864-0376

DEFS000974