# EXHIBIT 20

**From:**       Craig Hladik
**To:**         Michelle Carter
**Date:**       7/16/2014 11:01 AM
**Subject:**    Fwd: Fall

>>> Tom Dobosz 4/25/2012 11:56 AM >>>
Craig,   I discovered that the reason I slipped on the stairs from the west solution tank at Arcelor Mittal west tandem mill , the step
was defective.   I slipped again this morning but did not fall. I have a picture of the problem and reported it to the Roller.   They
put in a work order to have two steps replaced,and closed the stairway. I reported it to you and Brian Hylek.   He asked me if I
needed medical attention.   I said I did not.   I bumped my right arm   holding on to the hand rail and slipped and fell on my butt.
I am still sore in my calf area on both legs and also sore on the neck shoulders and arms. I will send you the picture of the stair.   I
am having trouble sending email of the stairs on Sprint.    Tom



DEFS001137