# EXHIBIT 21

## Alyce Saba - Tom Dobosz Call

From:      Alyce Saba
To:        Michelle Carter;  Timothy Haines
Date:      8/16/2013 4:32 PM
Subject:   Tom Dobosz Call

Tom called me today with some requests:

-wants to file an long term disability claim.  He said he is disabled and has paid for the enhanced LTD plan.  I can check with Prudential on this.

-he wants a copy of his personnel folder - I told him to contact Michelle on Monday, August 19.

-he wants to know when he will get his vacation payout.  Also wants to know about the 8 days he said he did not use last year due to being on Workers Comp.

-he said he bought 3 vacation days this year.

-I told him I would send him a letter regarding his pension.

-he called back to ask for Tim's phone number and how many employees Quaker has in the US.

-Alyce


Alyce Saba, CEBS
Manager, Benefits/HR Systems/Payroll

 **Quaker** It's what's inside that counts.·

One Quaker Park| 901 E. Hector St. | Conshohocken PA   19428 | P: 610-832-7894 | F:  610-832-4282 | alyce.saba@quakerchem.com

**EXHIBIT**
Dobosz
22
2/2/16

DEFS001144