# EXHIBIT 22

**A. U.S. Department of Housing and Urban Development**

**Settlement Statement (HUD-1)**

| B. Type of Loan | | |
|---|---|---|
| 1. [ ] FHA | 2. [ ] RHS | 3. [X] Conv. Unins. |
| 4. [ ] VA | 5. [ ] Conv. Ins. | |
| 6. File Number: 1207717 | | 7. Loan Number: 1206010421 |
| 8. Mortgage Ins. Case No. | | |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked ("POC") were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. Name & Address of Borrower:** Thomas Dobosz, Rosemarie Dobosz

**E. Name & Address of Seller:** Bank of America, N.A., 400 National Way, Simi Valley, CA 93066

**F. Name & Address of Lender:** USAA Federal Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288

**G. Property Location:** ▓▓▓▓▓▓▓ Wesley Chapel, FL 33545

**H. Settlement Agent:** Clewett Title Company(813) 872-9898     TIN: 740923770
**Place of Settlement:** 3401 West Cypress Street, Tampa, FL 33607

**I. Settlement Date:** 7/13/2012     **Proration Date:** 7/13/2012

| | J. Summary of Borrower's Transaction | | | K. Summary of Seller's Transaction | |
|---|---|---|---|---|---|
| 100. | Gross Amount Due from Borrower | | 400. | Gross Amount Due to Seller | |
| 101. | Contract sales price | 144,728.00 | 401. | Contract sales price | 144,728.00 |
| 102. | Personal property | | 402. | Personal property | |
| 103. | Settlement charges to borrower (line 1400) | 6,752.57 | 403. | | |
| 104. | | | 404. | | |
| 105. | | | 405. | | |
| | Adjustments for items paid by seller in advance | | | Adjustments for items paid by seller in advance | |
| 106. | City/town taxes | | 406. | City/town taxes | |
| 107. | County taxes | | 407. | County taxes | |
| 108. | Assessments | | 408. | Assessments | |
| 109. | July HOA fee 7/13/2012 to 1/1/2013 | 28.67 | 409. | July HOA fee 7/13/2012 to 1/1/2013 | 28.67 |
| 110. | | | 410. | | |
| 111. | | | 411. | | |
| 112. | | | 412. | | |
| 120. | Gross Amount Due from Borrower: | 151,509.24 | 420. | Gross Amount Due to Seller | 144,756.67 |
| 200. | Amounts Paid by or in Behalf of Borrower | | 500. | Reduction in Amount Due to Seller | |
| 201. | Deposit or earnest money | 1,448.00 | 501. | Excess deposit (see instructions) | |
| 202. | Principal amount of new loan(s) | 116,782.00 | 502. | Settlement charges to seller (line 1400) | 10,161.58 |
| 203. | Existing loan(s) taken subject to | | 503. | Existing loan(s) taken subject to | |
| 204. | Origination Charge Credit | 550.00 | 504. | Payoff of first mortgage loan | |
| 205. | 0% Tolerance Credit for under disclosed transfer tax | 203.00 | 505. | Payoff of second mortgage loan | |
| 206. | SELLER PAYS OWNERS TITLE PREMIUM | 799.00 | 506. | SELLER PAYS OWNERS TITLE PREMIUM | 799.00 |
| 207. | SELLER PAYS DEED DOCS STAMPS | 1,013.60 | 507. | SELLER PAYS DEED DOCS STAMPS | 1,013.60 |
| 208. | Lender Credit, Appraisal Fee | 385.00 | 508. | | |
| 209. | | | 509. | | |
| | Adjustments for items unpaid by seller | | | Adjustments for items unpaid by seller | |
| 210. | City/town taxes | | 510. | City/town taxes | |
| 211. | County taxes 1/1/2012 to 7/13/2012 | 1,383.41 | 511. | County taxes 1/1/2012 to 7/13/2012 | 1,383.41 |
| 212. | Assessments | | 512. | Assessments | |
| 213. | | | 513. | | |
| 214. | | | 514. | | |
| 215. | | | 515. | | |
| 216. | | | 516. | | |
| 217. | | | 517. | | |
| 218. | | | 518. | | |
| 219. | | | 519. | | |
| 220. | Total Paid by/for Borrower | 121,364.01 | 520. | Total Reduction Amount Due Seller: | 13,357.59 |
| 300. | Cash at Settlement from/to Borrower | | 600. | Cash at Settlement to/from Seller: | |
| 301. | Gross amount due from borrower (line 120) | 151,509.24 | 601. | Gross amount due to seller (line 420) | 144,756.67 |
| 302. | Less amount paid by/for borrower (line 220) | 121,364.01 | 602. | Less total reduction in amount due seller (line 520) | 13,357.59 |
| 303. | CASH (X)FROM ( )TO BORROWER | 30,145.23 | 603. | CASH ( )FROM (X)TO SELLER | 131,399.08 |

SUBSTITUTE FORM 1099 SELLER STATEMENT - The information contained in Blocks E, G, H and on line 401 (or, if line 401 is asterisked, lines 403 and 404), 406, 407 and 408-412 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

SELLER INSTRUCTION - If this real estate was your principal residence, file form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of form 4797, Form 6252 and/or Schedule D (Form 1040).

You are required by law to provide Clewett Title Company(813) 872-9898 with your correct taxpayer identification number. If you do not provide Clewett Title Company(813) 872-9898 with your correct taxpayer identification number, you may be subject to civil or criminal penalties.

Bank of America, N.A.

The Public reporting burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

*(handwritten left margin: I HEREBY CERTIFY THAT THIS IS TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL)*

EXHIBIT
Dobosz
23
2/2/16

PENGAD 800-631-6989

P000042

| | L. Settlement Charges 7/13/12 8:50 AM | File Number: 1207717 | |
|---|---|---|---|
| | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
| 700. | Total Real Estate Broker Fees based on : $144,728.00 = $8,658.68 | | |
| | Division of commission (line 700) as follows: | | |
| 701. | $4,216.84 to Coldwell Banker Residential Real Estate | | |
| 702. | $4,341.84 to Coldwell Banker Percy Owens RE | | |
| 703. | Commission paid at settlement $8,558.68 | 0.00 | 8,558.68 |
| 704. | | | |
| 705. | | | |
| 800. | Items Payable in Connection with Loan | | |
| 801. | Our origination charge (includes Origination Point 0% or $0.00) (from GFE#1) $695.00 | | |
| | to (includes Origination Point ($695.00) | | |
| 802. | Your credit or charge (points) for specific interest rate chosen $1,081.49 (from GFE#2) | | |
| | to USAA Federal Savings Bank | | |
| 803. | Your adjusted origination charges (from GFE A) | 2,568.40 | |
| 804. | Appraisal fee (from GFE#3) | | |
| 805. | Credit report to CBC (from GFE#3) | 14.00 | |
| 806. | Tax service to First American Tax Service (from GFE#3) | 80.00 | |
| 807. | Flood certification to First American Flood Data Services (from GFE#3) | 5.25 | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| 812. | | | |
| 900. | Items Required by Lender to Be Paid in Advance | | |
| 901. | Daily interest charges 07/17/12 to 08/01/12 at $13.26070/day x 15 (from GFE #10) | 199.00 | |
| 902. | Mortgage insurance premium (from GFE #3) | | |
| 903. | Homeowner's insurance 1 year Citizens Property Ins (from GFE #11) POC$ 895.00 | | |
| 904. | | | |
| 905. | | | |
| 1000. | Reserves Deposited with Lender | | |
| 1001. | Initial deposit for your escrow account (from GFE#9) | 0.00 | |
| 1002. | Homeowner's insurance | | |
| 1003. | Mortgage insurance | | |
| 1004. | City property taxes | | |
| 1005. | County property taxes | | |
| 1006. | Annual Assessments (maint.) | | |
| 1007. | | | |
| 1008. | | | |
| 1009. | Aggregate Adjustment | | |
| 1100. | Title Charges | | |
| 1101. | Title services and lender's title insurance (from GFE#4) | 852.40 | |
| 1102. | Settlement or closing fee to Stewart Title C $695.00 | | 1,150.00 |
| 1103. | Owner's title insurance to LANDSAFE DEFAULT, INC (from GFE#5) | 799.00 | |
| 1104. | Lender's title insurance to LANDSAFE DEFAULT, INC $167.40 | | |
| 1105. | Lender's title policy limit $115,782.00 | | |
| 1106. | Owner's title policy limit $144,728.00 | | |
| 1107. | Agent's portion of the total title insurance premium $869.48 | | |
| 1108. | Underwriter's portion of the total title insurance premium $280.92 | | |
| 1109. | Agent Name: Stewart Title Company | | |
| 1110. | Underwriter Name Stewart Title Guaranty Company | | |
| 1111. | POR/Estoppel fee to Stewart Title Company | | 195.00 |
| 1112. | Seller attorney inv #100121 to STRICKLAND LAW FIRM | | 50.00 |
| 1113. | Search Fee | | |
| 1114. | Release Tracking Fee | | |
| 1115. | ALTA 9 $52.40 | | |
| 1116. | ALTA 8 $25.00 | | |
| 1117. | ALTA 6.1 $25.00 | | |
| 1118. | | | |
| 1200. | Government Recording and Transfer Charges | | |
| 1201. | Government recording charges (from GFE#7) | 176.00 | |
| 1202. | Deed/Mortgage/Release Deed $29.00 Mortgage $170.00 | | 29.00 |
| 1203. | Transfer taxes (from GFE#8) | 1,050.46 | |
| 1204. | City/County tax/stamps Mortgage $231.50 | | |
| 1205. | State tax/stamps Deed $1013.60 Mortgage $405.30 | | |
| 1206. | | | |
| 1300. | Additional Settlement Charges | | |
| 1301. | Required services that you can shop for (from GFE#6) | 925.00 | |
| 1302. | Survey to M.E. LAND Sr $925.00 | | |
| 1303. | | | |
| 1304. | Pest Inspection to Tropical Termite POC$ 65.00 | | |
| 1305. | Estoppel letter fee to Premier Community Consultants | | 100.00 |
| 1306. | HOA transfer fee to Premier Community Consultants | 25.00 | |
| 1307. | Aug HOA fee to Hamilton Park of Pasco HOA, Inc. | 60.00 | |
| 1308. | July HOA & late fee to Hamilton Park of Pasco HOA, Inc. | | 95.00 |
| 1400. | Total settlement charges (entered on lines 103, section J and 502, section K) | 6,752.57 | 10,181.68 |

I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL



| Comparison of Good Faith Estimate (GFE) and HUD-1 Charges | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Charges That Cannot Increase | HUD-1 Line Number | | |
| Our origination charge (includes Origination Point 0% or $0.00) $685.00 | # 801 | $685.00 | $685.00 |
| Your credit or charge (points) for specific interest rate chosen $1,681.46 | # 802 | $1,681.46 | $1,681.46 |
| Your adjusted origination charges | # 803 | $2,669.46 | $2,660.46 |
| Transfer taxes | # 1203 | $1,447.46 | $1,650.46 |

| Charges That In Total Cannot Increase More Than 10% | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Government recording charges | # 1201 | $430.00 | $170.00 |
| Appraisal fee | # 804 | $295.00 | $0.00 |
| Credit report | # 805 | $14.00 | $14.00 |
| Tax service | # 806 | $80.00 | $80.00 |
| Flood certification | # 807 | $5.25 | $5.25 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total | | $820.75 | 279.25 |
| Increase between GFE and HUD-1 Charges | $ | -$588.50 or | -65.0% |

| Charges That Can Change | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Initial deposit for your escrow account | # 1001 | $0.00 | $0.00 |
| Daily interest charges | # 901   $17.76257/day | $904.13 | $199.00 |
| Homeowner's insurance | # 903 | $714.98 | $505.00 |
| Title services and lender's title insurance | # 1101 | $1061.64 | $862.40 |
| Owner's title insurance | # 1103 | $759.04 | $792.00 |
| Survey | # 1302 | $300.00 | $325.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Loan Terms**

| Your initial loan amount is | $116,762.00 |
|---|---|
| Your loan term is | 30.00 years |
| Your initial interest rate is | 4.125 % |
| Your initial monthly amount owed for principal, interest, and any mortgage insurance is | $601.14 includes<br>[X] Principal<br>[X] Interest<br>[ ] Mortgage insurance |
| Can your interest rate rise? | [X] No [ ] Yes, it can rise to a maximum of ___ %. The first change will be on ___ and can change every ___ after ___. Every change date, your interest rate can increase or decrease by ___ %. Over the life of the loan, your interest rate is guaranteed to never be lower than ___ % or higher than ___ %. |
| Even if you make payments on time, can your loan balance rise? | [X] No [ ] Yes, it can rise to a maximum of $___ |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise? | [X] No [ ] Yes, the first increase can be on ___ and the monthly amount owed can rise to $___. The maximum it can ever rise to is $___. |
| Does your loan have a prepayment penalty? | [X] No [ ] Yes, your maximum prepayment penalty is $___. |
| Does your loan have a balloon payment? | [X] No [ ] Yes, you have a balloon payment of $___ due in ___ years on ___. |
| Total monthly amount owed including escrow account payments | [X] You do not have a monthly escrow payment for items, such as property taxes and homeowner's insurance. You must pay these items directly yourself.<br>[ ] You have an additional monthly escrow payment of $___ that results in a total initial monthly amount owed of $___. This includes principal, interest, any mortgage insurance, and any items checked below:<br>[ ] Property taxes   [ ] Homeowner's insurance<br>[ ] Flood insurance   [ ] ___<br>[ ] ___   [ ] ___ |

Note: If you have any questions about the Settlement Charges and Loan Terms listed on this form, please contact your lender.

Previous editions are obsolete

HUD-1

THIS IS CERTIFY THAT ... BE A TRUE ... CORRECT ... THE ORIGINAL

CERTIFICATION: I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

_____
Thomas Dobozz

Rosemarie Dobozz

_____            Bank of America, N.A.

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

_____            _____
Stewart Title Company                                                        Date    7/13/12

SELLER'S AND/OR BORROWER'S STATEMENT Seller's and Borrower's signature hereon acknowledges his/their approval of tax prorations and signifies their understanding that prorations were based on taxes for the preceding year, or estimates for the current year, and in the event of any change for the current year, all necessary adjustments must be made between Seller and Borrower; likewise any default in delinquent taxes will be reimbursed to Title Company by the Seller.

The Title Company, in its capacity as Escrow Agent, is and has been authorized to deposit all funds it receives in this transaction in any financial institution, whether affiliated or not. Such financial institution may provide Title Company computer accounting and audit services directly or through a separate entity which, if affiliated with Title Company, may charge the financial institution reasonable and proper compensation therefore and retain any profits therefrom. Any escrow fees paid by any party in should in this transaction shall only be for checkwriting and input to the computers, but not for reasonable accounting and audit services. Title Company shall not be liable for any interest or other charges on the earnest money and shall be under no duty to invest or reinvest funds held by it at any time. Sellers and Borrowers hereby acknowledge and consent to the deposit of the escrow money in financial institutions with which Title Company has or may have other banking relationships and further consent to the retention by Title Company and/or its affiliates of any and all benefits (including advantageous interest rates on loans) Title Company and/or its affiliates may receive from such financial institutions by reason of their maintenance of said escrow accounts.

The Settlement Agent does not warrant or represent the accuracy of information provided by any party, including information concerning POC items and information supplied by the lender in this transaction appearing on this HUD-1 Settlement Statement pertaining to "Comparison of Good Faith Estimate (GFE) and HUD-1 Charges" and "Loan Terms", and the parties hold harmless the Settlement Agent as to any inaccuracies in such matters.

The parties have read the above sentences, recognize that the restrictions herein are material, agree to same, and recognize Title Company is relying on the same.

_____
Purchaser/Borrower

Thomas Dobozz

Rosemarie Dobozz

_____            Bank of America, N.A.
Sellers

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18: U.S. Code Section 1001 and Section 1010.

POC(B) represents paid outside of closing by borrower, POC(S) represents paid outside of closing by the seller, POC(L) represents paid outside of closing by lender, and POC(M) represents paid outside of closing by mortgage broker.

P000045

CERTIFICATION: I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

Thomas Dobosz                                                    Bank of America, N.A.

Rosemarie Dobosz

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

Stewart Title Company                                            Date    7-13-12

SELLER'S AND/OR BORROWER'S STATEMENT Sellers and Borrowers signatures have acknowledged that the proration and adjustments reflected in the statement were based on taxes for the preceding year, or estimates for the current year, and in the event of any change for the current year, all necessary adjustments must be made between Seller and Borrower; Sellers any default in doing such items will be reimbursed to Title Company by the Seller.

The Company, in its capacity as Escrow Agent, is and has been authorized to deposit all funds it receives in this transaction in any financial institution, as either collateral or not. Such funds may be placed in Title Company computer accounting and such services directly or through a separate entity ention, if affiliated with Title Company, may charge the financial institution reasonable and proper compensation deduction and receive any profits therefrom. Any escrow fees paid by any party involved in this transaction shall only be for processing and preparation expenses, but not for discounts processing and such services. This Company shall not be liable for any interest or other charges on this disbursement and shall be under no duty to invest or reinvest such funds by at any time. Sellers and Borrowers hereby acknowledge and consent to the deposit of the escrow money in financial institutions with which Title Company has or may have other existing relationships and further consent to the retention by Title Company and/or its affiliates of any and all benefits (including subcontractor interest rates on loans) Title Company and/or its affiliates may receive from such financial institutions by reason of their maintenance of said escrow accounts.

The Settlement Agent does not warrant or represent the accuracy of information provided by any party, including information concerning POC data and information reported to the lender in the transaction appearing on this HUD-1 Settlement Statement pertaining to "Comparison of Good Faith Estimate (GFE) and HUD-1 Charges" and "Total loans", and the parties hold harmless the Settlement Agent as to any inaccuracies in such matters.

The parties have read the above paragraphs, recognize that the paragraphs herein are mutual, agree to same, and recognize Title Company is relying on this same.

Purchasers/Borrowers                                            Seller

Thomas Dobosz                                                    Bank of America, N.A.

Rosemarie Dobosz

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18: U.S. Code Section 1001 and Section 1010

POC(B) represents paid outside of closing by borrower, POC(S) represents paid outside of closing by the seller, POC(L) represents paid outside of closing by lender, and POC(M) represents paid outside of closing by mortgage broker.