# EXHIBIT 23

*Listing Information*

| LISTINGID | LISTINGIDA | Address | BEDROOMS | BATHROOMS | SQFT | Property Type | YEARBUILT | Property Price |
|---|---|---|---|---|---|---|---|---|
| 2251055 | TDP5810 | ███████ Dyer, IN 46311 | 3 | 3 | 2400 | Single Family Home | 1970 | 229900 |

*Listing History*

| Status | Date |
|---|---|
| Pending Address | 8/3/2013 0:00 |
| Active | 8/3/2013 0:00 |
| Auto-deactivated | 10/28/2015 0:00 |

*Customer Information*

| CUSTOMERID | First Name | Last Name | Email | Phone | Phone 2 | First Visit | Last Visit | Login Count |
|---|---|---|---|---|---|---|---|---|
| 2231519 | Thomas | Dobosz | REDACTED@yahoo.com | REDACTED | | 23-JUN-13 | 15-OCT-13 | 8 |

*Broker Information*

| BROKERID | First Name | Last Name | Email | Email 2 | Phone | Phone 2 |
|---|---|---|---|---|---|---|
| 156 | Joshua | Vida | jvida@realtyparadigr | joshvida@gma | 574-361-3933 | 877-352-8547 |

OWNERS-000008

**Date Created**    **Listing Description**

03-AUG-13        Lovely maintence free, well kept, bi-level home with large side-to-rear composite deck, two (3) season rooms, one off the kitchen with a spa another with rear access to the yard via

**Owners.com Screen for Seller**

Contact information                    Account manager  >  Edit my listing  >  Contact information

**Instructions:**
Enter your contact information so buyers can reach you easily. Click "Save" after you make your changes.

| | |
|---|---|
| **First name** | Thomas |
| **Last name** | Dobosz |

Phone numbers

**Primary number**  REDACTED
**Ext**

☐ Mobile    ☐ Home    ☐ Office

**Additional**  REDACTED
**Ext**

☐ Mobile    ☑ Home    ☐ Office    ☐ Fax

**Additional**
**Ext**

☐ Mobile    ☐ Home    ☐ Office    ☐ Fax

**Additional**
**Ext**

☐ Mobile    ☐ Home    ☐ Office    ☐ Fax

OWNERS-000009



the attached garage. Lower level has gas fireplace, 3/4 bath, laundry room,den and closet/storage room. Upper level boasts three bedrooms, two baths,dining/living room, kitchen with corian count

OWNERS-000010

ertops. All main rooms have hardwood floors, baths are ceramic. Large back yard, great neighborhood, close to all main roads, schools, and shopping

OWNERS-000011