## rfl@layerlaw.com

| | |
|---|---|
| **From:** | rfl@layerlaw.com |
| **Sent:** | Thursday, March 31, 2016 2:54 PM |
| **To:** | 'Garraux, David J.' |
| **Cc:** | 'Terence M Austgen' |
| **Subject:** | RE: added witness and Florida Property letter |

I am a little confused by your e mail, you mention taking Mr Dobosz's dep but that was already done, I assume you mean the added witness. But as far a just now identifying Brian King, he was in our original Disclosure sent to you back in August of last year. I assume you didn't remember that but which is certainly understandable. As I stated if you want to take the new guys dep and change the deadlines I am ok with that . As far as the letter from Florida I was just trying to get confirmation that they did not claim or get any exemption in those two years, thinking that would not be an issue under those circumstances.

**From:** Garraux, David J. [mailto:DGarraux@foxrothschild.com]
**Sent:** Thursday, March 31, 2016 1:30 PM
**To:** rfl@layerlaw.com
**Cc:** 'Terence M Austgen'
**Subject:** RE: added witness and Florida Property letter

Dear Counsel:

With respect to your request to supplement your Initial Disclosures more than two weeks after the close of discovery, that request, too, is rejected. We are preparing our Motion for Summary Judgment and understand that the record is now closed. While you are, of course, free to seek leave from the Court to try to amend your Disclosures, this would naturally result in an extension of discovery, revision of the dispositive motion deadline, and adjustment to the trial schedule, as we would need to depose both Messrs. King and Dobosz. Particularly as discovery in this matter lasted many months, we question why Mr. King is just now being identified as a purported witness.

Finally, we are in receipt of your facsimile transmission of earlier today. Again, the record is closed and the submission is a nullity. Moreover, we are confident that a Motion in Limine as to the letter (which was both dated and produced subsequent to the conclusion of discovery) will be swiftly granted by the Court, should it become necessary.

Very truly yours,
David

**David Garraux**
Partner
**Fox Rothschild LLP**
500 Grant Street
Suite 2500
Pittsburgh, PA 15219
(412) 394-6585 - direct
(412) 391-6984- fax
DGarraux@foxrothschild.com
www.foxrothschild.com

1

**From:** rfl@layerlaw.com [mailto:rfl@layerlaw.com]
**Sent:** Thursday, March 31, 2016 2:05 PM
**To:** Garraux, David J.
**Cc:** 'Terence M Austgen'
**Subject:** added witness and Florida Property letter

Per my vm with Terry last week from the  airport I wanted to confirm my settlement figure which was done and ask to add a witness to my Disclosure list who is John Cargal  1437 Briar Crossing Dyer In 46311, retired former employee of the mill who has knowledge of Tom's  injury and his ability to do his job and the physical requirements, similar to our previously disclosed Brian King.  I said on my vm to let me know if there is any problem and I will file a request to add with the court.  If any extension is needed on your end due to this add on I have no problem.  I will do this via mail if necessary but wanted to get info to you as soon as I got his address information.  Also I will be faxing a letter I just received  from Pasco County Florida re the Homestead exemption subject.

Ronald  F. Layer
Law Office of Ronald F. Layer, P.C.
3235 45th Street, Suite 304
Highland, IN 46322
Phone:  (219) 924-4511
Fax:  (219) 838-1909

This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)-299-2167 or notify us by e-mail at helpdesk@foxrothschild.com. Also, please mail a hardcopy of the e-mail to Fox Rothschild LLP, 2000 Market Street, Philadelphia PA 19103-3222 via the U.S. Postal Service. We will reimburse you for all expenses incurred. Thank you.