## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

|  |  |
|---|---|
| THOMAS DOBOSZ,<br><br>Plaintiff,<br>v.<br><br>QUAKER CHEMICAL CORPORATION,<br><br>Defendant. | CASE NO.:  2:15-CV-203 |

### SUPPLEMENT TO INDEX OF EXHIBITS TO DEFENDANT QUAKER CHEMICAL CORPORATION'S STATEMENT OF MATERIAL FACTS

Pursuant to Rule 5-4(a) of the Local Rules of the Northern District of Indiana, Defendant Quaker Chemical Corporation ("Quaker") hereby submits this Supplement to Index of Exhibits to Quaker's Statement of Material Facts.  This Supplement includes as Exhibit 24 pages 28 through 31 of Michelle Carter's deposition transcript, which were not previously included in the documents submitted by the parties and are referenced in Quaker's Reply Brief in Support of its Summary Judgment Motion:

| Exhibit | Description |
|---|---|
| 24 | Pages 28 through 31 of Deposition of Michelle Carter. |

Dated:  June 21, 2016

**BURKE COSTANZA & CARBERRY LLP**

/s/ Terence M. Austgen
Terence M. Austgen (#2484-49)
Elizabeth M. Bezak (#16648-64)
9191 Broadway
Merrillville, IN 46410
(219) 769-1313

**FOX ROTHSCHILD LLP**

/s/ David J. Garraux
David J. Garraux (PA #204350)
BNY Mellon Center
500 Grant Street
Pittsburgh, PA 15219
(412) 394-6585

***Counsel for Defendant Quaker Chemical
Corporation***

## CERTIFICATE OF SERVICE

I certify that on June 21, 2016, service of a true and complete copy of the foregoing

*Supplement to Index of Exhibits to Defendant Quaker Chemical Corporation's Statement of Material*

*Facts* was made upon the following counsel of record through the Court's electronic filing system

and by depositing same in the United States Mail in an envelope properly addressed to him and with

sufficient first-class postage affixed:

Ronald F. Layer, Esquire
Law Office of Ronald F. Layer, P.C.
3235 45th Street, Suite 304
Highland, IN 46322
rfl@layerlaw.com

*Counsel for Plaintiff Thomas Dobosz*

/s/ David J Garraux
David J. Garraux

Dated:  June 21, 2016

2