AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

THOMAS DOBOSZ,

        Plaintiff

v.                                                 **Civil Action No.**  2:15cv203

QUAKER CHEMICAL CORPORATION,

        Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one):*

___ the plaintiff _____
recover from the defendant _____ the amount of
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment
interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant
recover costs from the plaintiff _____.

_X___ Other:  Judgment is entered in favor of Defendant Quaker Chemical Corporation and against
Plaintiff, Thomas Dobosz.

This action was (*check one):*

___ tried to a jury with Judge _____ presiding, and the jury has
rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was
reached.

_X__ decided by Judge Paul R. Cherry on a Motion for Summary Judgment by Defendant.

DATE:   August 17, 2016                         ROBERT N. TRGOVICH, CLERK OF COURT

                                            By:  s/  L. Higgins-Conrad
                                              *Signature of Deputy Clerk*